IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LC1, a minor by and through her legal guardians, Sherman Catchings and Gladys Catchings and LC2, a minor through his legal guardians, Sherman Catchings and Gladys Catchings<br>        Plaintiffs,<br><br>v.<br><br>The State of Delaware, et al.,<br>        Defendants. | ) C.A. No. 07-675<br>)<br>)<br>) TRIAL BY JURY OF 12 DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ENTRY OF APPEARANCE

Please enter the appearance of William J. Cattie, III, Esq. and George T. Lees, III as attorney for Defendant Children and Families First.

**RAWLE & HENDERSON LLP**

/s/ William J. Cattie, III  #953
William J. Cattie, III, Esq.
I. D. No. 953
George T. Lees, III, Esq.
I. D. No. 3647
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
302-778-1200
Attorney for Defendant Children and Families First

2097348-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LC1, a minor by and through her legal guardians, Sherman Catchings and Gladys Catchings and LC2, a minor through his legal guardians, Sherman Catchings and Gladys Catchings<br>                Plaintiffs,<br><br>         v.<br><br>The State of Delaware, et al.,<br>                Defendants. | C.A. No. 07-675<br><br>TRIAL BY JURY OF 12 DEMANDED |

### CERTIFICATE OF SERVICE

I, William J. Cattie, III, Esq. do hereby certify that on January 9, 2008, I have caused to be sent via electronic filing a copy of the **ENTRY OF APPEARANCE** to the following individual(s):

Matthew Hayes Osborne, Esq.
Schmidt, Kirifides, Pearson, Koutcher & Fridkin, P.C.
1301 N. Harrison St., Unit 105
Wilmington, DE 19806
Attorney for Plaintiff

RAWLE & HENDERSON LLP

/s/ William J. Cattie, III #953
William J. Cattie, III, Esq.
I. D. No. 953
300 Delaware Avenue
P. O. Box 588
Wilmington, DE 19899-0588
Attorney for Defendant Children and Families First

2097348-1