IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| L.C. 1 et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:07-cv-00675-***-LPS |
| | ) | |
| STATE OF DELAWARE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION FOR EXTENSION OF TIME

IT IS STIPULATED by the parties, through their attorneys, subject to approval of the

Court, that the time for the defendants, Andrew Lippstone; Buchanan Ingersoll and Rooney,

P.C.; and Klett, Rooney, Lieber, and Schorling, P.C., to answer, move, or otherwise plead to the

complaint is extended to and including February 10, 2008.

SCHMIDT, KIRIFIDES, PEARSON,
  KOUTCHER & FRIDKIN, P.C.

_____*/s/ Matthew Hayes Osborne*_____
Matthew Hayes Osborne (Bar No. 4630)
1301 N. Harrison Street
Unit 105
Wilmington, DE 19806
(302) 836-3900

*Attorneys for Plaintiff*

Dated:   January 15, 2008

CONNOLLY BOVE LODGE & HUTZ LLP

_____*/s/ Collins J. Seitz, Jr.*_____
Collins J. Seitz, Jr. (Bar No. 2237)
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9191

*Attorneys for Defendants,*
*Andrew Lippstone; Buchanan Ingersoll and*
*Rooney, P.C.; and Klett, Rooney, Lieber, and*
*Schorling, P.C.*

Dated:   January 15, 2008

IT IS SO ORDERED, this _____ day of _____, 2008.

_____
Judge

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

William J. Cattie, III
Rawle & Henderson
300 Delaware Avenue, Suite 1130
P.O. Box 588
Wilmington, DE 19899

Matthew Hayes Osborne
Schmidt, Kirifides, Pearson, Koutcher & Fridkin, P.C.
1301 N. Harrison Street, Unit 105
Wilmington, DE 19806

/s/ Collins J. Seitz, Jr.
Collins J. Seitz, Jr. (Bar No. 2237)
cseitz@cblh.com

586253-1