IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LC1, a minor by and through her legal guardians, Sherman Catchings and Gladys Catchings and LC2, a minor through his legal guardians, Sherman Catchings and Gladys Catchings<br>        Plaintiffs,<br><br>v.<br><br>The State of Delaware, et al.,<br>        Defendants. | C.A. No. 07-675<br><br>TRIAL BY JURY OF 12 DEMANDED |

### STIPULATION TO EXTEND TIME

It is hereby agreed and stipulated by the attorneys for the undersigned parties, subject to approval by the Court, that Defendant Children and Families First has an extension to respond to the Complaint through February 11, 2008.

**SCHMIDT, KIRIFIDES, PEARSON, KOUTCHER & FRIDKIN, P.C.**

/s/ Matthew Hayes Osborne  #4630
Matthew Hayes Osborne, Esq.
I.D. No. 4630
1301 N. Harrison St., Unit 105
Wilmington, DE 19806
Attorney for Plaintiff

DATED: 1/18/08

**RAWLE & HENDERSON, LLP**

/s/ William J. Cattie, III   #953
William J. Cattie, III, Esq.
I.D. No.: 953
300 Delaware Ave., Ste. 1015
Wilmington, DE 19899
(302) 778-1200
Attorney for Defendant
Children and Families First

DATED: 1/18/08

IT IS SO ORDERED this _____ day of _____, 2008.

_____
                                                J.

2253121-1