# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.C. 1 et al. | ) |
| | ) |
|     Plaintiffs | ) |
| | ) |
| v. | )    C.A. No. 07-675-GMS |
| | ) |
| State of Delaware, et al. | ) |
| | ) |
|     Defendants. | ) |

## STIPULATION FOR EXTENSION OF TIME

IT IS STIPULATED by the parties through their attorneys, subject to approval of the Court, that the time for the State Defendants, State of Delaware, Division of Family Services, Department of Services for Children, Youth and their Families and Marcia Tremper to answer, move or otherwise plead to the complaint is extended to and including February 21, 2008.

| | |
|---|---|
| SCHMIDT, KIRIFIDES, PEARSON,<br>  KOUTCHER & FRIDKIN, P.C. | DEPARTMENT OF JUSTICE |
| | |
| /s/ Matthew Hayes Osborne | /s/ Stephani J. Ballard |
| Matthew Hayes Osborne, I.D. #4630 | Stephani J. Ballard, I.D. #3481 |
| 1301 N. Harrison Street | James J. Maxwell, I.D. #2892 |
| Unit 105 | Deputy Attorneys General |
| Wilmington, DE 19806 | Carvel State Building |
| (302) 836-3900 | 820 N. French Street, 6th Flr. |
| | Wilmington, DE 19801 |
| | (302) 577-8400 |
| Attorney for Plaintiff | Attorneys for State Defendants |
| Dated: February 6, 2008 | Dated: February 6, 2008 |

       IT IS SO ORDERED, this ____ day of _____, 2008

                                        _____
                                                   Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.C. 1 et al.            ) | |
|                          ) | |
|       Plaintiffs         ) | |
|                          ) | |
|   v.                     ) | C.A. No. 07-675-*** |
|                          ) | |
| State of Delaware, et al.) | |
|                          ) | |
|       Defendants.        ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2008, I caused the attached Stipulation for Extension of Time to be electronically filed with this Court and served via CM/ECF upon the following person(s):

Matthews Hayes Osborne
Schmidt, Kirifides, Pearson,
  Koutcher & Fridkin, P.C.
1301 N. Harrison Street
Wilmington, DE  19806

/s/ Stephani J. Ballard
Stephani J. Ballard, I.D. #3481
Deputy Attorney General
Department of Justice
State of Delaware
820 N. French Street, 6th Flr.
Wilmington, DE  19801
(302) 577-8400