**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| L.C. 1 et al. | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | C.A. No. 07-675-GMS |
| | ) | |
| State of Delaware, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION FOR EXTENSION OF TIME**

IT IS STIPULATED by the parties through their attorneys, subject to approval of the Court, that the time for the State Defendants, State of Delaware, Division of Family Services, Department of Services for Children, Youth and their Families and Marcia Tremper to answer, move or otherwise plead to the complaint is extended to and including **February 21, 2008**.

The reason for State Defendants' request for an extension of time is two-fold:

(1) Lead counsel in this case has been reassigned as chief counsel to the Delaware State Police, effective February 1, 2008, resulting in the need to cover additional counsel and litigation matters already scheduled in February.  Counsel will therefore require additional time to research and prepare a response to this pleading, in order to adequately represent State Defendants herein;

(2) Documents pertaining to the underlying claims, involving interstate foster child placement, including archived documents and confidential Family Court documents have been requested, but to date not all of these documents have been received by counsel for State Defendants.  Additional time for receipt and review of these documents is needed prior to filing a responsive pleading.

Counsel for State Defendants respectfully submit that good cause exists for the requested extension of time. Counsel for Plaintiff has agreed to this request, as indicated by this Stipulation.

SCHMIDT, KIRIFIDES, PEARSON,                       DEPARTMENT OF JUSTICE
  KOUTCHER & FRIDKIN, P.C.


/s/ Matthew Hayes Osborne                          /s/ Stephani J. Ballard
Matthew Hayes Osborne, I.D. #4630                  Stephani J. Ballard, I.D. #3481
1301 N. Harrison Street                            James J. Maxwell, I.D. #2892
Unit 105                                           Deputy Attorneys General
Wilmington, DE  19806                              Carvel State Building
(302) 836-3900                                     820 N. French Street, 6th Flr.
                                                   Wilmington, DE  19801
                                                   (302) 577-8400
Attorney for Plaintiff                             Attorneys for State Defendants

Dated:  February 6, 2008                           Dated:  February 6, 2008



        IT IS SO ORDERED, this _____ day of _____, 2008


                        _____
                                Judge

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

L.C. 1 et al.                                    )
                                                 )
        Plaintiffs                       )
                                                 )
     v.                                         )     C.A. No. 07-675-***
                                                 )
State of Delaware, et al.                        )
                                                 )
        Defendants.                      )

**CERTIFICATE OF SERVICE**

       I hereby certify that on February 6, 2008, I caused the attached Stipulation for Extension

of Time to be electronically filed with this Court and served via CM/ECF upon the following

person(s):

Matthews Hayes Osborne
Schmidt, Kirifides, Pearson,
  Koutcher & Fridkin, P.C.
1301 N. Harrison Street
Wilmington, DE  19806

                 /s/ Stephani J. Ballard
                 Stephani J. Ballard, I.D. #3481
                 Deputy Attorney General
                 Department of Justice
                 State of Delaware
                 820 N. French Street, 6th Flr.
                 Wilmington, DE  19801
                 (302) 577-8400