IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.C. 1 et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 1:07-cv-00675-GMS-LPS |
| | ) |
| STATE OF DELAWARE, et al., | ) |
| | ) |
| Defendants. | ) |

### STIPULATION FOR EXTENSION OF TIME

IT IS STIPULATED by the parties, through their attorneys, subject to approval of the Court, that the time for the defendants, Andrew Lippstone; Buchanan Ingersoll and Rooney, P.C.; and Klett, Rooney, Lieber, and Schorling, P.C., to answer, move, or otherwise plead to the complaint is extended to and including March 3, 2008. Counsel has been conferring on various aspects of the case in an attempt to resolve the case without litigation but has been unsuccessful.

| | |
|---|---|
| SCHMIDT, KIRIFIDES, PEARSON, KOUTCHER & FRIDKIN, P.C. | CONNOLLY BOVE LODGE & HUTZ LLP |
| /s/ Matthew Hayes Osborne | /s/ Collins J. Seitz, Jr. |
| Matthew Hayes Osborne (Bar No. 4630) | Collins J. Seitz, Jr. (Bar No. 2237) |
| 1301 N. Harrison Street | 1007 North Orange Street |
| Unit 105 | P.O. Box 2207 |
| Wilmington, DE 19806 | Wilmington, DE 19899 |
| (302) 836-3900 | (302) 658-9191 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants, Andrew Lippstone; Buchanan Ingersoll and Rooney, P.C.; and Klett, Rooney, Lieber, and Schorling, P.C.* |
| Dated: February 8, 2008 | Dated: February 8, 2008 |

IT IS SO ORDERED, this _____ day of _____, 2008.

_____
Judge

## CERTIFICATE OF SERVICE

      I hereby certify that on February 8, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

William J. Cattie, III
Rawle & Henderson
300 Delaware Avenue, Suite 1130
PO Box 588
Wilmington, DE 19899

Matthew Hayes Osborne
Schmidt, Kirifides, Pearson, Koutcher & Fridkin, P.C.
1301 N. Harrison Street, Unit 105
Wilmington, DE 19806

                                                                   */s/ Collins J. Seitz, Jr.*
                                                Collins J. Seitz, Jr. (Bar No. 2237)
                                                cseitz@cblh.com