IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| L.C. 1, a minor, et al., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | C.A. No. 07-675-GMS |
| | ) | |
| STATE OF DELAWARE, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## STATE DEFENDANT'S MOTION TO DISMISS COMPLAINT

COME NOW, the State Defendants, State of Delaware; Delaware Division of Family Services (DFS); Department of Services for Children, Youth and Their Families (DSCYF); and Marcia Tremper, by and through counsel, and hereby move this Honorable Court to enter an Order dismissing Plaintiffs' Complaint with prejudice, pursuant to Fed.R.Civ.P. 12(b)(6), for the reasons set forth in the accompanying State Defendants' Opening Brief in Support of Motion to Dismiss Complaint.

          DEPARTMENT OF JUSTICE
          STATE OF DELAWARE

          By: /s/Stephani J. Ballard
              STEPHANI J. BALLARD, I.D. #3481
              JAMES J. MAXWELL, I.D. #2892
              Deputy Attorneys General
              Carvel State Office Building
              820 North French Street
              Wilmington, DE 19801
              (302) 577-8400
              Attorneys for State of Delaware Defendants

DATED: February 20, 2008

## *CERTIFICATE OF MAILING AND/OR DELIVERY*

The undersigned certifies that on February 20, 2008, she caused the attached ***State Defendants' Motion to Dismiss Complaint*** to be filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

**NAME AND ADDRESS OF RECIPIENT(S):**

Matthew Hayes Osborne, I.D. #4630
1301 N. Harrison Street
Unit 105
Wilmington, DE 19806

William J. Cattie III, Esq.
Rawle & Henderson LLP
300 Delaware Avenue, Suite 1015
P.O. Box 588
Wilmington, DE 19899-0588

Collins J. Seitz, Jr. Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
Smyrna, DE 19977

   /s/ *Stephani J. Ballard*
Stephani J. Ballard, I.D. No. 3481
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400
Attorney for State of Delaware Defendants