# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.C. 1, a minor, et al., | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| v. | )   C.A. No. 07-675-GMS |
| | ) |
| STATE OF DELAWARE, et al. | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

Please enter the appearance of undersigned counsel on behalf of State of Delaware; Delaware Department of Services for Children, Youth and their Families; Delaware Division of Family Services; and Marcia Tremper in the above captioned matter.

/s/ James J. Maxwell
James J. Maxwell, ID #2892
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302)577-8510
Attorney for Defendants State of Delaware, Delaware Department of Services for Children, Youth and their Families, Delaware Division of Family Services and Marcia Tremper

Dated: February 20, 2008

## CERTIFICATE OF MAILING AND/OR DELIVERY

I hereby certify that on February 20, 2008, I electronically filed an Entry of Appearance with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

**NAME AND ADDRESS OF RECIPIENT(S):**

Matthew Hayes Osborne, I.D. #4630
1301 N. Harrison Street
Unit 105
Wilmington, DE 19806

William J. Cattie III, Esq.
Rawle & Henderson LLP
300 Delaware Avenue, Suite 1015
P.O. Box 588
Wilmington, DE 19899-0588

Collins J. Seitz, Jr. Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ James J. Maxwell
James J. Maxwell, ID #2892
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302)577-8510
Attorney for Defendants State of Delaware, Delaware Department of Services for Children, Youth and their Families, Delaware Division of Family Services and Marcia Tremper