



235 SOUTH 13TH STREET
PHILADELPHIA, PA 19107
PHONE: (215) 546-7400
FAX: (215) 985-0169

National Association of Professional Process Servers
Philadelphia Association of Professional Process Servers

LC1, et al : COURT  United States District Court  Delaware

-vs- : COUNTY

State of Delaware, et al : CASE NUMBER  07-675

# AFFIDAVIT OF SERVICE

COMMONWEALTH OF PENNSYLVANIA:          B&R Control #   PS008119 - 2
COUNTY OF PHILADELPHIA:                Reference Number

## SERVICE INFORMATION

On 17 day of January, 2008 we received the
**Summons and Complaint**
for service upon **BreAune Catlett**
at ~~Rejoice, Inc.~~ Lehigh Valley Child Care, Inc.
~~1111 West Hamilton Street, Allentown, PA 18101~~
2002 Albert Street, Allentown, PA 18103

*** Special Instructions ***

☒ Served   Date  1/30/08   Time  12:10 pm   Accepted By:  BreAune Catlett

In the manner described below.

☒ Personally served.
☐ Adult family member. Relationship is _____
☐ Adult in charge of residence who refused to give name and/or relationship. _____
☐ Manager/Clerk of place of residence lodging _____
☐ Agent or person in charge of office or usual place of business _____
☐ Other _____

Description of Person   Age 33   Height 5'10"   Weight 140   Race Black   Sex Female
Other _____

☐ Not Served   Date _____   Time _____

Not Served Information

☐ Moved   ☐ Unknown   ☐ No Answer   ☐ Vacant   ☐ Other _____

The Process Server, being duly sworn, deposes and says that the facts set forth herein are true and correct to the best of their knowledge, information and belief.

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
John F. Shinkowsky, Notary Public
Susquehanna Twp., Dauphin County
My Commission Expires Sept. 28, 2010
Member, Pennsylvania Association of Notaries

Sworn to and subscribed before me this 30th day of January, 2008

Process Server/Sheriff  Chad Spotts

Notary Public

Law Firm   Phone (610) 882-9300   For
Maureen Wagner
Schmidt, Kirifides, Pearson, Koutcher & Fridkin

Serve By Date  2/8/2008
Filed Date  10/25/2008

**ORIGINAL**                                                          017VCP

%AO ·    Rev. 8/01) Summons in a Civil Action
(By) DEPUTY CLERK
%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 1/30/08 @ 1210pm |
| NAME OF SERVER (PRINT) Chad Spotts | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Lehigh Valley Child Care, Inc. 2002 Albert Street, Allentown, PA 18103

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1/30/08
              Date

Signature of Server

P.O. Box 61827
Harrisburg, PA 17106
*Address of Server*