AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

L_ _s, et. al.

V.

State of Delaware, et. al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 0 7 - 6 7 5

TO: (Name and address of Defendant)

Children + Families First
2005 Baynard Blvd
Wilmington, DE 19802

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Matthew Hayes Osborne, Esq.
Schmidt, Kirifides, Pearson, Koutcher & Fridkin, P.C.
1301 N. Harrison Street, Suite 105
Wilmington, Delaware 19806

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

[signature]

OCT 2 6 2007

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

(By) DEPUTY CLERK
AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | December 28, 2007 at 12:40 P.M. |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Jeffrey L. Butler | process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): left copies thereof with Judy Goodfriend, secretary to Leslie Newman, executive director - a person authorized to accept service of process for Children & Families First, at 2005 Baynard Boulevard, Wilmington, Delaware 19802

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| n/a | $35.00 | $35.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   December 28, 2007       *[signature]*
                    Date              Signature of Server
                                      Legal Beagles, Inc.
                                      P.O. Box 886
                                      New Castle, Delaware 19720-0886
                                      (302) 478-2693
                                      *Address of Server*