AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

LC
_____ , et. al.

**SUMMONS IN A CIVIL CASE**

V.

State of Delaware, et. al.      CASE NUMBER:   07-675

TO: (Name and address of Defendant)

*Delaware Department of Services for Children, Youth, + their Families*
*321 East 11th St.*
*Ste. 300*
*Wilmington, DE 19801*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Matthew Hayes Osborne, Esq.
Schmidt, Kirifides, Pearson, Koutcher & Fridkin, P.C.
1301 N. Harrison Street, Suite 105
Wilmington, Delaware 19806

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

OCT 2 6 2007

PETER T. DALLEO

CLERK

DATE

*(signature)*

AO 440 (Rev. 8/01) Summons in a Civil Action

(By) DEPUTY CLERK
AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | December 28, 2007 at 1:07 P.M. |
| NAME OF SERVER *(PRINT)* Jeffrey L. Butler | TITLE process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): left copies thereof with Debbie Colligan, assistant regional administrator – a person authorized to accept service for defendant Delaware Department of Services for Children, Youth & Their Families, at 321 East 11th Street, Suite 300, Wilmington, Delaware 19801

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| n/a | $35.00 | $35.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on December 28, 2007
           Date

*Signature of Server*

Legal Beagles, Inc.
P.O. Box 886
New Castle, Delaware 19720-0886
(302) 478-2693
*Address of Server*