
1500 SOUTH 13TH STREET
PHILADELPHIA, PA 19107
PHONE: (215) 546-7400
FAX: (215) 985-0169




National Association of
Professional Process Servers

Philadelphia Association
of Professional Process Servers

LC1, et al

-vs-

State of Delaware, et al

COURT United States District Court

COUNTY Delaware

CASE NUMBER 07-675

## AFFIDAVIT OF SERVICE

**COMMONWEALTH OF PENNSYLVANIA:**
**COUNTY OF PHILADELPHIA:**

B&R Control # PS008119 - 5
Reference Number

### SERVICE INFORMATION

On 17 day of January, 2008 we received the
**Summons and Complaint**
for service upon **Klett, Rooney, Lieber & Schorling, P.C.**
at One Oxford Center, 40th Floor Pittburgh, PA 15210

*** Special Instructions ***

☐ Served   Date _____   Time _____   Accepted By: _See attached_

In the manner described below.
☐ Personally served.
☐ Adult family member. Relationship is _____
☐ Adult in charge of residence who refused to give name and/or relationship. _____
☐ Manager/Clerk of place of residence lodging _____
☐ Agent or person in charge of office or usual place of business _____
☐ Other _____

Description of Person  Age ____  Height ____  Weight ____  Race ____  Sex ____
Other _____

☐ Not Served   Date _____   Time _____
**Not Served Information**
☐ Moved   ☐ Unknown   ☐ No Answer   ☐ Vacant   ☐ Other _____

The Process Server, being duly sworn,
deposes and says that the facts set forth
herein are true and correct to the best of their
knowledge, information and belief.

Process Server/Sheriff _____

Sworn to and subscribed before me this

_____ day of _____

Notary Public

Law Firm   Phone   (610)892-9300   For
Maureen Wagner
Schmidt, Kirifides, Pearson, Koutcher & Fridkin

Serve By Date 2/8/2007
Filed Date 10/26/2007

**ORIGINAL**

Proces

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Delaware

t. al.

**SUMMONS IN A CIVIL CASE**

V.

State of Delaware, et. al.      CASE NUMBER:    7 - 6 7 5

TO: (Name and address of Defendant)

Klett, Rooney, Lieber, & Schorling, P.C.
One Oxford Center
40th Floor
Pittsburgh, PA 15210

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Matthew Hayes Osborne, Esq.
Schmidt, Kirifides, Pearson, Koutcher & Fridkin, P.C.
1301 N. Harrison Street, Suite 105
Wilmington, Delaware 19806

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                    10/26/07

CLERK     [signature]            DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 1/20/08 |
| NAME OF SERVER (PRINT) Tom Baker | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Authorized Agent Sue Friedberg

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/20/08
Date

Signature of Server: Tom Baker

Address of Server: 4250 Steubenville Pike
Pgh PA 15205

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Robert M. Kresson, Notary Public
Robinson Twp., Allegheny County
My Commission Expires Feb. 17, 2011
Member Pennsylvania Association of Notaries