AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Delaware

( ~~~ et. al.

V.

State of Delaware, et. al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-675

TO: (Name and address of Defendant)

Rejoice, Inc.
1711 West Hamilton St.
Allentown, PA 18101

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Matthew Hayes Osborne, Esq.
Schmidt, Kirifides, Pearson, Koutcher & Fridkin, P.C.
1301 N. Harrison Street, Suite 105
Wilmington, Delaware 19806

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

DATE OCT 26 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

(By) DEPUTY CLERK
AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 1/25/08 @ 1:28pm |
| NAME OF SERVER (PRINT) Chad Spotts | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By personally handing a copy of the papers to Bernadette MacFlane, Program Manager, who accepted service for Rejoice, Inc.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/25/08
                 Date

Signature of Server

P.O. Box 61827
Harrisburg, PA 17106
Address of Server