AO 440 (Rev. 8/01) Summons in a Civil Action

(By) DEPUTY CLERK
AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | December 28, 2007 at 2:59 P.M. |
| NAME OF SERVER *(PRINT)* Jeffrey L. Butler | TITLE process server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Buchanan, Ingersoll & Rooney, P.C., The Brandywine Bldg., 1000 West Street, Ste. 1410, Wilmington, Delaware 19801 (to Andrew Lipstone, Esquire - in hand)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| n/a | $35.00 | $35.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on December 28, 2007
         Date

Signature of Server

Legal Beagles, Inc.
P.O. Box 886
New Castle, Delaware 19720-0886
(302) 478-2693
*Address of Server*

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

LC
                    al.

                                                    **SUMMONS IN A CIVIL CASE**

V.

State of Delaware, et. al.            CASE NUMBER:    07 - 675

TO: (Name and address of Defendant)

Andrew Lipstone, Esq.
Buchanan Ingersoll & Rooney, P.C.
The Brandywine Bldg.
1000 West St.
Ste. 1410
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Matthew Hayes Osborne, Esq.
Schmidt, Kirifides, Pearson, Koutcher & Fridkin, P.C.
1301 N. Harrison Street, Suite 105
Wilmington, Delaware 19806

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                          OCT 2 6 2007

CLERK                                    DATE