IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.C. 1 et al., | : |
| Plaintiffs, | : Case No.: 07-675 GMS |
| VS. | : **JURY TRIAL DEMANDED** |
| STATE OF DELAWARE, et al., | : |
| Defendants | : |

### *MOTION TO EXTEND THE TIME TO MAKE SERVICE ON DEFENDANTS*

Plaintiffs, by and through undersigned counsel, hereby moves this Honorable Court to extend the time by which Plaintiff has to make service on certain Defendants. In support thereof, Plaintiff alleges as follows:

1. Plaintiffs filed a Complaint on October 26, 2007.

2. The following Defendants were served: State of Delaware, Delaware Division of Family Services, Delaware Department of Services for Children, Youth and Their Families, Marica Tremper, Children and Families First, Buchanan Ingersoll & Rooney, P.C., Klett Rooney Lieber and Schorling, P.C., Andrew Lippstone, Esquire, Rejoice, Inc., and Breaune Catlett.

3. The following Defendants remain to be served: Christine Hermes, Jessica Glockley, Dequan Haynes and Kimberly Haynes.

4. The deadline for service of all Defendants is Monday, February 25, 2008.

5. Defendant, Christine Hermes, is a former employee of the Defendant, Children and Families First.

6. Defendant, Jessica Glockley, is a former employee of the Defendant, Children and Families First.

7. Defendant, Children and Families First, has been served, and attorney, William Cattie,

Esquire, has entered his appearance on behalf of Defendant, Children and Families First, but not on behalf of the employees of Children and Families First, Christine Hermes and Jessica Glockley, who are no longer employees of Children and Families First. Attorney William Cattie has advised that he will not accept service on behalf of Christine Hermes and Jessica Glockley.

8. Attorney William Cattie has provided the last know address for Christine Hermes as 7 Cornwalis Square, Newark, Delaware, and the last known address for Jessica Glockley, as being 811 West Third Street, Wilmington, Delaware. However, he has indicated that these addresses are approximately two years old.

9. Undersigned counsel for plaintiffs hired a private investigator who has determined that Christine Hermes may reside at one of the following two addresses: 38 Cheswold Blvd., Apt. 1-B, Newark, Delaware 19713, or 31 N. Dragon Drive, Bear, Delaware 19701. Undersigned counsel for plaintiffs hired Legal Beagles, Inc., to effect service upon the Defendant, Christine Hermes, at one or both of these two addresses. The private investigator was unable to provide a current address for Jessica Glockley.

10. The address provided by Attorney William Cattie for Defendant, Jessica Glockley, is two years old. Undersigned counsel for plaintiffs hired Legal Beagles, Inc., to effect service on Jessica Glockley, at 811 West Third Street, Wilmington, Delaware, but, it has been determined through process servers that this address does not exist in the City of Wilmington.

11. Undersigned counsel for plaintiffs hired a private investigator who has determined that the last known address for the Defendants, Dequan Haynes and Kimberly Haynes, may be 449 S. 14th Street, Harrisburg, Pennsylvania 17104 or 903 N. 19th Street, Harrisburg, Pennsylvania 17103. Undersigned counsel for plaintiffs hired B & R Services, Inc., to effect service on the Defendants, Dequan Haynes and Kimberly Haynes, at one or both of these two addresses. Undersigned counsel for plaintiffs has been advised that the 14th Street address is a

vacant lot and that the 19th Street address is not the current address for Defendants, Dequan Haynes or Kimberly Haynes.

12. Plaintiffs aver that discovery must be conducted to verify and uncover the current addresses for the following Defendants: Christine Hermes, Jessica Glockley, Duquan Haynes and Kimberly Haynes.

13. Undersigned counsel for plaintiffs has been advised by the private investigator that in order to determine the last known address of defendants, Christine Hermes, Jessica Glockley, Dequan Haynes and Kimberly Haynes, birth dates and social security numbers for these individuals must be obtained. Therefore, discovery must be conducted in order to obtain this information.

14. In light of the attempts at service at the multiple addresses for the defendants, Christine Hermes, Jessica Glockley, Dequan Haynes and Kimberly Haynes, undersigned counsel for plaintiffs aver that discovery must be conducted to determine the current address of these defendants.

15. Investigation shows that these defendants have moved multiple times over the past two years with no forwarding address. Undersigned counsel for plaintiffs believes that discovery must be conducted to determine the current address of these defendants to effect service.

16. Plaintiffs believe and aver that for the reasons stated above, good cause has been shown as to why these Defendants have not been served.

15. Plaintiff respectfully requests that this Honorable Court grant this Motion and permit the Plaintiff an extension of time in which to serve the Defendants.

SCHMIDT, KIRIFIDES, PEARSON, KOUTCHER & FRIDKIN

Date: February 25, 2008    By  /s/
                                Matthew H. Osborne, Esquire
                                1301 N. Harrison Street, Unit #105
                                Wilmington, DE 19806
                                (302) 836-3900
                                I.D. No.: 4630    osbornelaw@verizon.net

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.C. 1 et al., | : |
| Plaintiffs, | : Case No.: 07-675 GMS |
| VS. | : **JURY TRIAL DEMANDED** |
| STATE OF DELAWARE, et al., | : |
| Defendants | : |

## *ORDER*

AND NOW, this _____ day of _____, 2008, upon consideration of Plaintiffs' Motion to Extend the Time to Make Service on the Defendants, it is hereby ORDERED AND DECREED, the time for Plaintiffs' to make service on the Defendants is extended until _____.

BY THE COURT:

_____
J.

CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on February 25, 2008, he caused the attached **Plaintiffs' Motion to Extend the Time for Service on the Defendants** to be filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

    William J. Cattie, III, Esquire
    **Rawle & Henderson, LLP**
    300 Delaware Avenue, Suite 1015
    PO Box 588
    Wilmington, DE 19899-0588

    Collin J. Seitz, Jr., Esquire
    **Connolly, Bove, Lodge & Hutz, LLP**
    1007 North Orange Street
    P.O. Box 2207
    Wilmington, DE 19899

    Stephanie J. Ballard, Esquire
    **Department of Justice**
    820 N. French Street, 6th Floor
    Wilmington, DE 19801


    SCHMIDT, KIRIFIDES, PEARSON, KOUTCHER & FRIDKIN


Date: February 25, 2008    By /s/_____
    Matthew H. Osborne, Esquire
    1301 N. Harrison Street, Unit #105
    Wilmington, DE 19806
    (302) 836-3900
    I.D. No.: 4630
    osbornelaw@verizon.net