IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE

| | | |
|---|---|---|
| L.C. 1, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | C.A. No. 07-00675-GMS-LPS |
| v. | ) | |
| | ) | |
| THE STATE OF DELAWARE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to FRCP 41(a), Plaintiffs dismiss this action against Buchanan, Ingersoll & Rooney, P.C. and Klett, Rooney, Lieber, and Schorling, P.C., without prejudice. Each party shall bear its own attorneys' fees and costs.

| | |
|---|---|
| SCHMIDT, KIRIFIDES, PEARSON KOUTCHER & FRIDKIN, P.C. | CONNOLLY BOVE LODGE HUTZ LLP |
| | |
| /s/ Matthew Hayes Osborne | /s/ Collins J. Seitz, Jr. |
| Matthew Hayes Osborne (Bar No. 4630) | Collins J. Seitz, Jr. (Bar No. 2237) |
| 1301 N. Harrison Street | 1007 North Orange Street |
| Unit 105 | P.O. Box 2207 |
| Wilmington, DE 19806 | Wilmington, DE 19899 |
| (302) 836-3900 | (302) 658-9141 |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Buchanan, Ingersoll & Rooney, P.C. and Klett, Rooney, Lieber, and Schorling, P.C.* |
| | |
| Dated: February 26, 2008 | Dated: February 26, 2008 |

592885-1