# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

L.C. 1 et al.,                                    :
                                                 :
            Plaintiffs,                          :     Case No.: 07-675 GMS
                                                 :
     VS.                                          :     **JURY TRIAL DEMANDED**
                                                 :
STATE OF DELAWARE, et al.,                        :
                                                 :
            Defendants                           :

### *STIPULATION FOR EXTENSION OF TIME*

IT IS STIPULATED by the parties, through their attorneys, subject to approval of the Court, that the time for the plaintiffs to respond to Defendant, State of Delaware's Motion to Dismiss Complaint, is hereby extended for thirty days for the following reasons:

1.     Defendant, State of Delaware, filed a Motion to Dismiss Complaint, on February 20, 2008.  Plaintiff's Answering Brief/Response is due on March 10, 2008.

2.     Undersigned counsel for plaintiff was on vacation at the time the Motion To Dismiss was filed with the Court.

3.     In light of the length of the Defendant's Opening Brief, undersigned counsel needs more time to research the issues involved.

4.     Stephanie J. Ballard, attorney for the State of Delaware, and undersigned counsel for plaintiffs have agreed to an extension of time for thirty (30) days, or until

April 9, 2008, for the Plaintiff to answer/respond to State Defendant's Motion to Dismiss.

SCHMIDT, KIRIFIDES, PEARSON,          DEPARTMENT OF JUSTICE
  KOUTCHER & FRIDKIN                          STATE OF DELAWARE

  /s/_____            /s/_____
Matthew H. Osborne, Esq. Bar #4630     Stephani J. Ballard, Esq., Bar #3481
1301 N. Harrison Street, Unit 105      Deputy Attorney General
Wilmington, DE 198806                  Carvel State Office Building,
(302) 836-3900                         820 North French St.
Attorneys for Plaintiffs               Wilmington, DE 19801
                                       (302) 577-8400
Dated: _____     Attorneys for State of Delaware,
                                       Defendant

                                       Dated:

                                       _____

        SO ORDERED, _____, 2008.


                         _____
                                                    Judge

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on the 29th day of February, 2008, he caused the attached **Stipulation for Extension of Time to file Plaintiff's Answering Brief/Response** to be filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

**Name and Address of Recipient(s):**

Stephani J. Ballard, Esquire
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801

Collins J. Seitz, Jr., Esquire
Connolly, Bove, Lodge & Hutz, LLP
1007 North Orange Street
PO Box 2207
Wilmington, DE 19899

William J. Cattie, III, Esquire
Rawle & Henderson, LLP
300 Delaware Avenue, Suit 1015
P.O. Box 588
Wilmington, DE 19899-0588

SCHMIDT, KIRIFIDES, PEARSON, KOUTCHER & FRIDKIN

Date: February 29, 2008    By  /s/

Matthew H. Osborne, Esquire
1301 N. Harrison Street, Unit #105
Wilmington, DE 19806
(302) 836-3900
I.D. No.: 4630
osbornelaw@verizon.net