IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.C. 1, a minor, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) C.A. No. 07-00675-GMS-LPS |
| v. | ) |
| | ) |
| | ) |
| STATE OF DELAWARE, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT ANDREW LIPPSTONE'S MOTION TO DISMISS COMPLAINT**

AND NOW, Andrew Lippstone, Esquire, by and through counsel, hereby moves this Honorable Court to enter an Order dismissing Plaintiffs' Complaint with prejudice, pursuant to Fed. R. Civ. P. 12(b)(6), for the reasons set forth in the accompanying Defendant's Opening Brief in Support of His Motion to Dismiss.

CONNOLLY BOVE LODGE HUTZ LLP

    /s/ Collins J. Seitz, Jr.
Collins J. Seitz, Jr. (Bar No. 2237)
Meredith L. Gaudio (Bar No. 5088)
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

*Attorneys for Defendant Andrew Lippstone*

Dated: March 3, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

William J. Cattie, III
(wcattie@rawle.com)
Rawle & Henderson
300 Delaware Avenue, Suite 1130
P.O. Box 588
Wilmington, DE 19899

Matthew Hayes Osborne
(osbornelaw@comcast.net)
Schmidt, Kirifides, Pearson, Koutcher & Fridkin, P.C.
1301 N. Harrison Street, Unit 105
Wilmington, DE 19806

Stephanie J. Ballard, Esquire
(stephani.ballard@state.de.us)
Department of Justice
820 N. French Street, 6th floor
Wilmington, DE 19801

/s/ *Collins J. Seitz, Jr.*
Collins J. Seitz, Jr. (Bar No. 2237)
cseitz@cblh.com

586253-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.C. 1, a minor, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | C.A. No. 07-00675-GMS-LPS |
| v. ) | |
| ) | |
| ) | |
| STATE OF DELAWARE, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER ON MOTION TO DISMISS

The Court, having considered Andrew Lippstone's motion to dismiss, hereby grants the motion. All claims against Andrew Lippstone are dismissed with prejudice.

_____
Judge

Dated: