IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.C. 1, et al., ) | |
| ) | |
| Plaintiffs, ) | C. A. No.: 07-675 |
| ) | |
| v. ) | TRIAL BY JURY DEMANDED |
| ) | |
| ) | |
| STATE OF DELAWARE, et al., ) | |
| ) | |
| Defendants ) | |

**STIPULATION FOR EXTENSION OF TIME**

It is hereby stipulated by the parties, through their undersigned counsel, and subject to the approval of the Court, that the time for defendants, Rejoice, Inc. and Breaune Catlett, to answer, move or otherwise plead to plaintiff's Complaint is extended to and including March 14, 2008. The reason for defendants' request for an extension of time is due to the fact that their undersigned counsel has only recently been retained to defend defendants and requires additional time to review the matter and prepare defendants' response to the Complaint.

SCHMIDT, KIRIFIDES, PEARSON,
KOUTCHER & FRIDKIN, P.C.

BY: */s/ Matthew Hayes Osborne*
Matthew Hayes Osborne (Bar No. 4630)
1301 N. Harrison Street, Unit 105
Wilmington, DE 19806
Attorneys for Plaintiffs

MARSHALL DENNEHEY
WARNER COLEMAN & GOGGIN
BY: */s/ Kevin Connors*
Kevin Connors, Esquire (I.D. No. 2135)
P.O. Box 8888
Wilmington, DE 19801
Telephone No.: 302-552-4302
Attorney for Defendants, Rejoice, Inc. and Breaune Catlett


IT IS OS ORDERED, this ____ day of _____ , 2008

_____
Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.C. 1, et al., | ) |
| | ) |
| Plaintiffs, | ) C. A. No.: 07-67 |
| | ) |
| v. | ) TRIAL BY JURY DEMANDED |
| | ) |
| STATE OF DELAWARE, et al., | ) |
| | ) |
| Defendants | ) |

**STIPULATION FOR EXTENSION OF TIME**

It is hereby stipulated by the parties, through their undersigned counsel, and subject to the approval of the Court, that the time for defendants, Rejoice, Inc. and Breaune Catlett, to answer, move or otherwise plead to plaintiff's Complaint is extended to and including March 14, 2008. The reason for defendants' request for an extension of time is due to the fact that their undersigned counsel has only recently been retained to defend defendants and requires additional time to review the matter and prepare defendants' response to the Complaint.

SCHMIDT, KIRIFIDES, PEARSON,
KOUTCHER & FRIDKIN, P.C.

BY: */s/ Matthew Hayes Osborne*
Matthew Hayes Osborne (Bar No. 4630)
1301 N. Harrison Street, Unit 105
Wilmington, DE 19806
Attorneys for Plaintiffs

MARSHALL DENNEHEY
WARNER COLEMAN & GOGGIN
BY: */s/ Kevin Connors*
Kevin Connors, Esquire (I.D. No. 2135)
P.O. Box 8888
Wilmington, DE 19801
Telephone No.: 302-552-4302
Attorney for Defendants, Rejoice, Inc. and Breaune Catlett

IT IS OS ORDERED, this ____ day of _____, 2008

_____
Judge