IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.C. 1 et al., | : |
| | : |
| Plaintiffs, | : Case No.: 07-675 GMS |
| | : |
| VS. | : **JURY TRIAL DEMANDED** |
| | : |
| STATE OF DELAWARE, et al., | : |
| | : |
| Defendants | : |

## *STIPULATION FOR EXTENSION OF TIME*

IT IS STIPULATED by the parties, through their attorneys, subject to approval of the Court, that the time for the plaintiffs to respond to Defendant, Andrew Lippstone's Motion to Dismiss Complaint, is hereby extended until April 9, 2008 for the following reasons:

1. Defendant, Andrew Lippstone, filed a Motion to Dismiss Complaint on March 3, 2008. Plaintiff's Answering Brief/Response is due on March 20, 2008.

2. Plaintiff wishes to respond to Defendant Lippstone's Motion to Dismiss and Defendant State of Delaware's Motion to Dismiss at the same time. Plaintiff currently has until April 9, 2008 to respond to the State Defendant's Motion to Dismiss.

3. In light of the length of the Defendant's Opening Brief and the issues involved, undersigned counsel needs more time to conduct research in preparing Plaintiffs Answering Brief.

4. Collin Seitz, Esquire, attorney for Andrew Lippstone, and undersigned counsel for plaintiffs have agreed to an extension of time until April 9, 2008.

| | |
|---|---|
| SCHMIDT, KIRIFIDES, PEARSON, KOUTCHER & FRIDKIN | CONNOLLY, BOVE, LODGE & HUTZ, LLP |
| /s/ | /s/ |
| Matthew H. Osborne, Esq. Bar #4630 | Collins J. Seitz, Jr., Esquire |
| 1301 N. Harrison Street, Unit 105 | Connolly, Bove, Lodge & Hutz, LLP |
| Wilmington, DE 19806 | 1007 North Orange Street |
| (302) 836-3900 | PO Box 2207 |
| Attorneys for Plaintiffs | Wilmington, DE 19899 |
| | Attorney for Defendant Lippstone |
| Dated: 3/18/08 | Dated: 3/18/08 |

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on the 18th day of March, 2008, he caused the attached **Stipulation for Extension of Time to for Plaintiffs to respond to Defendant, Andrew Lippstone's Motion to Dismiss Complaint**, to be filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

**Name and Address of Recipient(s):**

Stephani J. Ballard, Esquire
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801

William J. Cattie, III, Esquire
Rawle & Henderson, LLP
300 Delaware Avenue, Suit 1015
P.O. Box 588
Wilmington, DE 19899-0588

Stephani J. Ballard, Esq., Bar #3481
Deputy Attorney General
Carvel State Office Building,
820 North French St.
Wilmington, DE 19801
(302) 577-8400


SCHMIDT, KIRIFIDES, PEARSON, KOUTCHER & FRIDKIN

Date: March 18, 2008    By /s/_____
    Matthew H. Osborne, Esquire
    1301 N. Harrison Street, Unit #105
    Wilmington, DE 19806
    (302) 836-3900
    I.D. No.: 4630
    osbornelaw@verizon.net