IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LC1, a minor by and through her legal guardians, Sherman Catchings and Gladys Catchings and LC2, a minor through his legal guardians, Sherman Catchings and Gladys Catchings<br>          Plaintiffs,<br><br>v.<br><br>The State of Delaware, et al.,<br>          Defendants. | C.A. No. 07-675 GMS LPS<br><br>TRIAL BY JURY OF 12 DEMANDED |

**ANSWER OF DEFENDANT CHILDREN AND FAMILIES FIRST TO THE CROSS CLAIM OF CO-DEFENDANTS, REJOICE, INC. BREAUNE CATLETT**

Denied.

WHEREFORE, Answering Defendant, Children and Families First, demands judgment be entered in its favor and against co-defendants, Rejoice, Inc. and Breaune Catlett on the cross claim by those co-defendants, plus costs of suit.

RAWLE & HENDERSON LLP

_____
William J. Cattie, III, Esq.
I. D. No. 953
George T. Lees, III, Esq.
I. D. No. 3647
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
302-778-1200
Attorney for Defendant Children and Families First

2345952-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LC1, a minor by and through her legal guardians, Sherman Catchings and Gladys Catchings and LC2, a minor through his legal guardians, Sherman Catchings and Gladys Catchings<br>　　　　Plaintiffs,<br><br>v.<br><br>The State of Delaware, et al.,<br>　　　　Defendants. | C.A. No. 07-675<br><br>TRIAL BY JURY OF 12 DEMANDED |

## CERTIFICATE OF SERVICE

I, William J. Cattie, III, Esq. do hereby certify that on March 25, 2008, I have caused to be sent via electronic filing a copy of the **ANSWER OF DEFENDANT CHILDREN AND FAMILIES FIRST TO THE CROSS CLAIM OF CO-DEFENDANTS, REJOICE, INC. BREAUNE CATLETT** to the following individual(s):

Matthew Hayes Osborne, Esq.
Schmidt, Kirifides, Pearson, Koutcher & Fridkin, P.C.
1301 N. Harrison St., Unit 105
Wilmington, DE 19806

Stephani J. Ballard, Esq.
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

James J. Maxwell, Esq,
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

Collins J. Seitz, Jr., Esq.
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Kevin J. Connors, Esq.
Marshall, Dennehey, Warner, Coleman & Goggin
1220 N. Market St., Suite 500
P.O. Box 8888
Wilmington, DE 19899

[SIGNATURE ON NEXT PAGE]

**RAWLE & HENDERSON** LLP

_/s/ William J. Cattie, III_
William J. Cattie, III, Esq.
I. D. No. 953
300 Delaware Avenue
P. O. Box 588
Wilmington, DE 19899-0588
Attorney for Defendant Children and
Families First
