IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.C. 1, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
|     v. | ) C.A. No.: 07-675 GMS |
| | ) |
| STATE OF DELAWARE, et al. | ) TRIAL BY JURY DEMANDED |
| | ) |
|     Defendants. | ) |
| | ) |

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT ANDREW LIPPSTONE TO REPLY TO THE CROSS-CLAIM OF DEFENDANTS' REJOICE, INC. AND BREAUNE CATLETT, AGAINST CO-DEFENDANTS**

Defendant Andrew Lippstone ("Lippstone") and Defendants Rejoice, Inc. ("Rejoice") and Breaune Catlett ("Catlett") stipulate, subject to approval by the Court, that the time in which Lippstone must file a Reply to the crossclaim filed by Rejoice and Catlett ("the Reply") is extended until twenty days after a decision has been reached by this Court on Defendant Lippstone's Motion to Dismiss. The extension is requested to defer unnecessary pleadings in response to crossclaims that may be mooted by the Court's rulings on the pending motions to dismiss.

By: */s/ Kevin Connors*
Kevin Connors (I.D. No. 2135)
MARSHALL DENNEHEY
WARNER COLEMAN & GOGGIN
P.O. Box 8888
Wilmington, DE 19801
(302) 552-4302
*Attorney for Defendants Rejoice, Inc. and Breaune Catlett*

By: */s/ Meredith L. Gaudio*
Collins J Seitz, Jr. (I.D. No. 2237)
Meredith L. Gaudio (I.D. No. 5088)
CONNOLLY BOVE LODGE & HUTZ, LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 888-6307
*Attorneys for Defendant Andrew Lippstone*

SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

William J. Cattie, III
(wcattie@rawle.com)
Rawle & Henderson
300 Delaware Avenue, Suite 1130
P.O. Box 588
Wilmington, DE 19899

Matthew Hayes Osborne
(osbornelaw@comcast.net)
Schmidt, Kirifides, Pearson, Koutcher & Fridkin, P.C.
1301 N. Harrison Street, Unit 105
Wilmington, DE 19806

Stephanie J. Ballard, Esquire
(stephani.ballard@state.de.us)
Department of Justice
820 N. French Street, 6th floor
Wilmington, DE 19801

*/s/ Meredith L. Gaudio*
Meredith L. Gaudio (I.D. No. 5088)
mgaudio@cblh.com