# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.C. 1 et al. )<br> )<br>    Plaintiffs )<br> )<br>v. )<br> )<br>STATE OF DELAWARE, et al. )<br> )<br>    Defendants. ) | C.A. No. 07-675-GMS |

## STIPULATION AND ORDER TO EXTEND TIME FOR STATE DEFENDANTS TO REPLY TO THE CROSS-CLAIM OF DEFENDANTS' REJOICE, INC. AND CATLETT

Defendants, State of Delaware, Division of Family Services, Department of Services for Children, Youth and their Families and Marcia Tremper ("State Defendants") and Defendants Rejoice, Inc. ("Rejoice") and Breaune Catlett ("Catlett") stipulate, subject to approval by the Court, that the time in which State Defendants must file a Reply to the cross-claim filed by Rejoice and Catlett is extended until twenty days after a decision has been reached by this Court on State Defendants' pending Motion to Dismiss. The extension is requested to defer unnecessary pleadings in response to cross-claims that may be mooted by the Court's rulings on the pending motions to dismiss.

| | |
|---|---|
| MARSHALL DENNEHEY<br>WARNER COLEMAN & GOGGIN | DEPARTMENT OF JUSTICE |
| */s/ Kevin Connors*<br>Kevin Connors, I.D. #2135<br>P.O. Box 8888<br>Wilmington, DE 19801<br>(302)552-4302<br>Attorney for Defendants Rejoice, Inc<br>and Breaune Catlett | */s/ Stephani J. Ballard*<br>Stephani J. Ballard, I.D. #3481<br>James J. Maxwell, I.D. #2892<br>Deputy Attorneys General<br>Carvel State Building<br>820 N. French Street, 6th Flr.<br>Wilmington, DE 19801<br>(302) 577-8400<br>Attorneys for State Defendants |

IT IS SO ORDERED, this ____ day of _____, 2008

_____
Judge

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.C. 1 et al. | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| v. | ) C.A. No. 07-675-GMS |
| | ) |
| State of Delaware, et al. | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2008, I caused the attached Stipulation and Order to Extend Time for State Defendants to Reply to the Cross-Claim of Defendants' Rejoice, Inc. and Breaune Catlett, Against Co-Defendants to be electronically filed with this Court and served via CM/ECF upon the following person(s):

Matthews Hayes Osborne, Esquire
Schmidt, Kirifides, Pearson,
 Koutcher & Fridkin, P.C.
1301 N. Harrison Street
Wilmington, DE  19806

Kevin Connors, Esquire
Marshall, Dennehey, Warner, Coleman &
Goggin
P.O. Box 8888
Wilmington, DE 19801

William J. Cattie, III, Esquire
Rawle & Henderson
300 Delaware Avenue, Suite 1130
P.O. Box 588
Wilmington, DE 19899

Collins J. Seitz, Jr., Esquire
Meredith L. Gaudio, Esquire
Connolly, Bove, Lodge & Hutz, LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

        */s/ Stephani J. Ballard*
        Stephani J. Ballard, I.D. #3481
        Deputy Attorney General
        Department of Justice
        State of Delaware
        820 N. French Street, 6th Flr.
        Wilmington, DE 19801
        (302) 577-8400