IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.C. 1 et al., | : |
| Plaintiffs, | : Case No.: 07-675 GMS |
| VS. | : **JURY TRIAL DEMANDED** |
| STATE OF DELAWARE, et al., | : |
| Defendants | : |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Jeffrey P. Hoyle, Esquire, to represent the Plaintiffs in this matter.

SCHMIDT, KIRIFIDES, PEARSON, KOUTCHER & FRIDKIN

Date: 3/31/08    By: _____
Matthew H. Osborne, Esquire - I.D. No.: 4630
1301 N. Harrison Street, Unit #105
Wilmington, DE 19806
(302) 836-3900
osbornelaw@verizon.net
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.C. 1 et al., | : |
| Plaintiffs, | : Case No.: 07-675 GMS |
| VS. | : **JURY TRIAL DEMANDED** |
| STATE OF DELAWARE, et al., | : |
| Defendants | : |

### *ORDER GRANTING MOTION*

IT IS HEREBY ORDERED counsel's Motion for Admission Pro Hac Vice is granted.

BY THE COURT:

Date: _____        _____
                             United States District Judge