SAO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

_____ et. al.

**SUMMONS IN A CIVIL CASE**

V.

State of Delaware, et. al.          CASE NUMBER: _7 - 675_

RECEIVED
DEPARTMENT OF STATE
2008 MAR 26 PM 3 32
DIVISION OF
CORPORATIONS

TO: (Name and address of Defendant)

*Jessica Glockley*
*7703 Shadow Glen Lane*
*Arlington, VA 38002*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

   Matthew Hayes Osborne, Esq.
   Schmidt, Kirifides, Pearson, Koutcher & Fridkin, P.C.
   1301 N. Harrison Street, Suite 105
   Wilmington, Delaware 19806

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

DATE          OCT 2 6 2007

✎AO 440. (Rev. 8/01) Summons in a Civil Action

(By) DEPUTY CLERK

✎AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | | DATE | |
|---|---|---|---|
| Service of the Summons and complaint was made by me[1] | | March 26, 2008 at 3:32 P.M. | |

| NAME OF SERVER (PRINT) Jeffrey L. Butler | TITLE process server |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☑ Other (specify): left copies thereof with Karen Charbonneau of the Office of the Delaware Secretary of State, Federal & Duke Of York Streets, Townsend Building, Dover, DE 19901 - for defendant Jessica Glockley

## STATEMENT OF SERVICE FEES

| TRAVEL n/a | SERVICES $50.00 | TOTAL $50.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___March 26, 2008___
              Date

*Signature of Server*

Legal Beagles, Inc.
P.O. Box 886
New Castle, Delaware 19720-0886

*Address of Server*
(302) 478-2693