AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

LL
_____ et. al.

v.

State of Delaware, et. al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-675

RECEIVED DEPARTMENT OF STATE
2008 MAR 26 PM 3 32
DIVISION OF CORPORATIONS

TO: (Name and address of Defendant)

Rejoice, Inc.
1111 West Hamilton Street
Hamilton, PA 18101

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Matthew Hayes Osborne, Esq.
Schmidt, Kirifides, Pearson, Koutcher & Fridkin, P.C.
1301 N. Harrison Street, Suite 105
Wilmington, Delaware 19806

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO
CLERK
/s/

OCT 2 6 2007
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action
(By) DEPUTY CLERK
AO 440 (Rev. 8/01) Summons in a Civil Action

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | March 26, 2008 at 3:32 P.M. |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Jeffrey L. Butler | process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): left copies thereof with Karen Charbonneau at the office of the Delaware Secretary of State, Federal & Duke Of York Streets, Townsend Building, Dover, DE 19901 - for defendant Rejoice, Inc.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| n/a | $50.00 | $50.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on March 26, 2008
Date

*Signature of Server*
Legal Beagles, Inc.
P.O. Box 886
New Castle, Delaware 19720-0886
(302) 478-2693
*Address of Server*