# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.C. 1, a minor, et al., | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| v. | )   C.A. No. 07-675-GMS |
| | ) |
| STATE OF DELAWARE, et al. | ) |
| | ) |
| Defendants. | ) |

## SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Deputy Attorney General Ralph K. Durstein III hereby enters his appearance on behalf of the following Defendants: State of Delaware; Delaware Department of Services for Children, Youth and their Families; Delaware Division of Family Services; and Marcia Tremper in place of Deputy Attorney General Stephani J. Ballard. Deputy Attorney General James J. Maxwell remains of counsel.

| STATE OF DELAWARE | STATE OF DELAWARE |
| DEPARTMENT OF JUSTICE | DEPARTMENT OF JUSTICE |
| | |
| /s/Stephani J. Ballard | /s/ Ralph K. Durstein III |
| Stephani J. Ballard (I.D. #3481) | Ralph K. Durstein III (I.D. #912) |
| Deputy Attorney General | James J. Maxwell (I.D. #2892) |
| Department of Justice | Deputy Attorneys General |
| 820 N. French Street, 6th Floor | Department of Justice |
| Wilmington, DE 19801 | 820 N. French Street, 6th Floor |
| (302) 577-8400 | Wilmington, DE 19801 |
| | (302) 577-8400 |

Dated: April 4, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2008, I electronically filed a *Substitution of Counsel* with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Matthews Hayes Osborne, Esquire
Schmidt, Kirifides, Pearson,
 Koutcher & Fridkin, P.C.
1301 N. Harrison Street
Wilmington, DE 19806

William J. Cattie, III, Esquire
Rawle & Henderson
300 Delaware Avenue, Suite 1130
P.O. Box 588
Wilmington, DE 19899

Kevin Connors, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
P.O. Box 8888
Wilmington, DE 19801

Collins J. Seitz, Jr., Esquire
Meredith L. Gaudio, Esquire
Connolly, Bove, Lodge & Hutz, LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

/s/ Ralph K. Durstein III
Ralph K. Durstein (I.D. #912)
James J. Maxwell (I.D. #2892)
Deputy Attorneys General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400