IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.C. 1, et al. | ) |
|     Plaintiffs | ) |
| v. | ) Civil Action No. 07-675 GMS |
| STATE OF DELAWARE, et al. | ) |
|     Defendants. | ) |

### ORDER

WHEREAS, on October 26, 2007, the plaintiffs filed a complaint against the above-captioned defendants(D.I. 1);

WHEREAS, on April 2, 2008, service was returned executed as to Jessica Gockley on March 26, 2008, and the defendant Jessica Gockley's's answer was due on April 15, 2008 (D.I. 41);

WHEREAS, the court's docket reflects no answer or other responsive pleading filed by the defendant Jessica Gockley;

IT IS HEREBY ORDERED that:

The defendant Jessica Gockley will answer or otherwise respond to the complaint within ten (10) days of the date of this Order.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

May __5__, 2008



FILED

MAY - 5 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE