IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.C. 1, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 07-675 |
| | ) |
| STATE OF DELAWARE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

It appearing from the docket that summonses were issued as to the defendants DeQuan Haynes, Kimberly Haynes, and Christine Hermes on October 26, 2007, in the above-captioned matter filed on October 26, 2007, and the 120-day limit for the completion of service in this case having expired, and these defendants not having been served within that time period,

IT IS HEREBY ORDERED that:

The plaintiffs are directed to SHOW GOOD CAUSE, in writing, within thirty (30) days from the date of this Order, as to why the above-captioned case should not be dismissed as to the defendants DeQuan Haynes, Kimberly Haynes, and Christine Heremes without further notice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

May __5__, 2008

FILED
MAY - 5 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE