IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.C. 1 et al., | : |
| Plaintiffs, | : Case No.: 07-675 GMS |
| VS. | : **JURY TRIAL DEMANDED** |
| STATE OF DELAWARE, et al., | : |
| Defendants | : |

### *STIPULATION FOR EXTENSION OF TIME*

IT IS STIPULATED by the parties, through their attorneys, subject to approval of the Court, that the time for the Plaintiffs to respond to Defendant, Andrew Lippstone's Motion to Dismiss Complaint, and Defendants, State of Delaware, Delaware Division of Family Services, [Delaware] Department of Services for children, Youth and their Families, and Marcia Tremper ("State Defendants") Motion to Dismiss Complaint is hereby extended until June 16, 2008 for the following reasons:

1. Defendants, Andrew Lippstone and the State Defendants have filed Motions to Dismiss Plaintiffs' Complaint. By prior Stipulations the Plaintiffs' Answers to these motions are currently due on May 12, 2008.

2. By Order dated April 2, 2008, The Honorable Chief Judge Gregory M. Sleet granted the Motion for the Pro Hac Vice appearance of Jeffrey P. Hoyle, Esquire as co-counsel for the Plaintiffs.

3. Plaintiffs request an extension of the time within which they must respond to the Defendants' Motions to Dismiss so that their new counsel can complete his review of the case and Motions of the Defendants.

4. Jeffrey P. Hoyle, Esquire has conferred with counsel for the moving Defendants, Collins J. Seitz, Jr., Esquire and Deputy Attorney General Ralph Durstein, Esquire who both have agreed to the extension requested herein.

5. Counsel for the Plaintiffs represent herein that the requested extension is made for the purposes of evaluating and answering the Motions of the Defendants and considering the arguments made

by the moving Defendants with a view to the voluntary dismissal of any party not properly subject to liability to the Plaintiffs.

6. By letter dated April 29, 2008 Counsel for the Plaintiffs requested that this Honorable Court hold a Rule 16 Scheduling Conference and in conjunction therewith that discoverable files, records and other materials in the Defendants' possession be Ordered to be produced considering the rules and policies regarding confidentiality and non-disclosure of records of the type Defendants are being asked to produce with respect to these minor children.

7. A Motion requesting this conference and a stay of proceedings will be filed separate hereto.

| | |
|---|---|
| SCHMIDT, KIRIFIDES, PEARSON, KOUTCHER & FRIDKIN | DEPARTMENT OF JUSTICE |
| /s/ Matthew H. Osborne, Esq. Bar #4630 1301 N. Harrison Street, Unit 105 Wilmington, DE 19806 (302) 836-3900 Attorneys for Plaintiffs | /S/ Ralph Durstein, Esquire Deputy Attorney General Carvel State Office Building 820 North French Street Wilmington, DE 19801 Attorney for State Defendants |
| Dated: May 12, 2008 | Dated: May 12, 2008 |

CONNOLLY, BOVE, LODGE & HUTZ, LLP

/s/
Collins J. Seitz, Jr., Esquire
Connolly, Bove, Lodge & Hutz, LLP
1007 North Orange Street
PO Box 2207
Wilmington, DE 19899
Attorney for Defendant Lippstone

Dated: May 12, 2008


SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on the 12th day of May, 2008, he caused the attached **Stipulation for Extension of Time to file Plaintiff's Answering Brief/Response** to be filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

**Name and Address of Recipient(s):**

Stephani J. Ballard, Esquire
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801

Collins J. Seitz, Jr., Esquire
Connolly, Bove, Lodge & Hutz, LLP
1007 North Orange Street
PO Box 2207
Wilmington, DE 19899

William J. Cattie, III, Esquire
Rawle & Henderson, LLP
300 Delaware Avenue, Suit 1015
P.O. Box 588
Wilmington, DE 19899-0588

Ralph Durstein, Esquire
Deputy Attorney General
Carvel State Office Building
820 North French Street
Wilmington, DE 19801

Kevin J. Connors, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
P.O. Box 8888
Wilmington, DE 19801

SCHMIDT, KIRIFIDES, PEARSON, KOUTCHER & FRIDKIN

Date: May 12, 2008      By  /s/ _____
                        Matthew H. Osborne, Esquire
                        1301 N. Harrison Street, Unit #105
                        Wilmington, DE 19806
                        (302) 836-3900
                        I.D. No.: 4630
                        osbornelaw@verizon.net