## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LC1, a minor by and through her legal guardians, Sherman Catchings and Gladys Catchings and LC2, a minor through his legal guardians, Sherman Catchings and Gladys Catchings | ) ) ) ) ) | C.A. No. 07-675 |
| | ) | TRIAL BY JURY OF 12 DEMANDED |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | |
| The State of Delaware, et al., Defendants. | ) ) ) ) | |

### CERTIFICATE OF SERVICE

I, William J. Cattie, III, Esq. do hereby certify that on May 14, 2008, I have caused to be sent via electronic filing a copy of the **ANSWER OF DEFENDANT JESSICA GLOCKLEY** to the following individual(s):

Matthew Hayes Osborne, Esq.
Schmidt, Kirifides, Pearson, Koutcher &
Fridkin, P.C.
1301 N. Harrison St., Unit 105
Wilmington, DE 19806

Ralph Durstein, III, Esq.
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

James J. Maxwell, Esq,
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

Collins J. Seitz, Jr., Esq.
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Kevin J. Connors, Esq.
Marshall, Dennehey, Warner, Coleman &
Goggin
1220 N. Market St., Suite 500
P.O. Box 8888
Wilmington, DE 19899

### [SIGNATURE ON NEXT PAGE]

2369082-1

**RAWLE & HENDERSON** LLP

---

William J. Cattie, III, Esq.
I. D. No. 953
300 Delaware Avenue
P. O. Box 588
Wilmington, DE 19899-0588
Attorney for Defendant Children and
Families First