Judge Gregory M. Sleet
UNITED STATES DISTRICT COURT
844 N. King Street, Lockbox 19
Wilmington, DE 19801-3570

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Mailed From 19801
05/06/2008
$00.41⁰
US POSTAGE
neopost
040J82023030

UTF

Jessica Gochre
7703 Shadowen Lane
Arlington, VA 38002

U.S.M.S. X-RAY

NIXIE      381   DE 1        00  05/11/08

    RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
    UNABLE TO FORWARD

BC: 19899001919         *1627-03364-06-40

45

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.C. 1, et al. ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Civil Action No. 07-675 GMS |
| ) | |
| STATE OF DELAWARE, et al. ) | |
| ) | |
| Defendants. ) | |

### ORDER

WHEREAS, on October 26, 2007, the plaintiffs filed a complaint against the above-captioned defendants(D.I. 1);

WHEREAS, on April 2, 2008, service was returned executed as to Jessica Gockley on March 26, 2008, and the defendant Jessica Gockley's's answer was due on April 15, 2008 (D.I. 41);

WHEREAS, the court's docket reflects no answer or other responsive pleading filed by the defendant Jessica Gockley;

IT IS HEREBY ORDERED that:

The defendant Jessica Gockley will answer or otherwise respond to the complaint within ten (10) days of the date of this Order.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

May __5__, 2008

FILED
MAY - 5 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE