AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

LC

so, et. al.

V.

State of Delaware, et. al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 7 - 675

TO: (Name and address of Defendant)

Kimberly Haynes
21910 130th Road
Springfield Gardens, NY 11413-1221

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Matthew Hayes Osborne, Esq.
Schmidt, Kirifides, Pearson, Koutcher & Fridkin, P.C.
1301 N. Harrison Street, Suite 105
Wilmington, Delaware 19806

RECEIVED DEPARTMENT OF STATE
2008 MAY 28 PM 3 02
DIVISION OF CORPORATIONS

an answer to the complaint which is served on you with this summons, within \_\_\_20\_\_\_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**

OCT 2 6 2007

CLERK

DATE

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE May 28, 2008 at 3:02 P.M. |
| NAME OF SERVER (PRINT) Jeffrey L. Butler | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): left copies thereof with Catrina Harris of the Office of the Delaware Secretary of State, Federal & Duke Of York Streets, Townsend Building, Dover, DE 19901 - on behalf of the non-resident defendant, Kimberly Haynes

### STATEMENT OF SERVICE FEES

| TRAVEL N/A | SERVICES $45.00 | TOTAL $45.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 28, 2008
　　　　　　Date

*Signature of Server*
Legal Beagles, Inc.
P.O. Box 886
New Castle, DE 19720-0886
(302) 478-2693
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.