**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE**

| | |
|---|---|
| L.C. 1 (f.k.a S.W.), a minor, by and through her Legal guardians, Sherman Catchings and Gladys Catchings; L.C.2 (f.k.a. L.W.), a minor, by and through his legal guardians, Sherman Catchings and Gladys Catchings | |
| | C.A. No. 07-00675-GMS-LPS |
| v. | |
| | |
| The State of Delaware, et al | |

<u>**PLAINTIFFS' MEMORANDUM OF LAW IN RESPONSE TO THE COURT'S ORDER TO
SHOW CAUSE WITH REFERENCE TO SERVICE OF THE COMPLAINT UPON
DEFENDANTS, DEQUAN HAYNES, KIMBERLYHAYNES & CHRISTINE HEREMES**</u>

AND NOW, Plaintiffs hereby file the within brief in response to the Court's Order to Show Cause and, in support thereof, aver the following:

1. Plaintiffs have served Defendant Heremes and she has filed an answer in this case. See, docket entries attached hereto as Exhibit "A". See also, Documents pertaining to service of this Defendant attached as Exhibit "B".

2. Plaintiffs have diligently sought to personally and individually serve the Haynes defendants. The following steps have been taken to serve DeQuan and Kimberly Haynes:

   a. 12/21/07 Sent Complaints for service to B&R Services; see letter attached; Glockley was one of the parties, with a DE address.

   b. 1/4/08   Sent Complaints for service to B&R Services; see letter of 1/4/08 attached.

   c. 1/25/08 Process server tried to serve Dequan Haynes at 425 Independence Court, Mechanicsburg, PA 17055; Return of Service by John Shinkowsky indicating that the

current resident, Michael Grucz, lived there for 1 ½ years and does not know Dequan Haynes.

d.   1/25/08 Process server tried to serve Kimberly Hanyes at 425 Independence Court, Mechanicsburg, PA 17055; Return of Service by John Shinkowsky indicating that the current resident, Michael Grucz, lived there for 1 ½ years and does not know Kimberly Haynes.

e.   2/18/08 Process server tried to serve Haynes Defendants at 903 North 19th Street, Harrisburg, PA.  Black resident of property stated she does not know the Haynes and has lived there for one year.  See B&R Affidavit of Service.

f.   2/20/08 Letter to Legal Beagles to serve Jessica Glockley at another DE address.  See attached.

g.   2/20/08 Process server tried to serve Haynes defendants at 449 South 14th Street, Harrisburg, PA; the property was vacant; there was a lock box at the front door.  See B&R Affidavit of Service.

h.   2/29/08 Letter to Private Investigator, Tom Ricci, of Port Investigations for better addresses for Kimberly Haynes and Dequan Haynes.

i.   3/25/08 Letter to Legal Beagles for service upon the Secretary of State for service of Glockley, Rejoice, Inc. And Catlett (out of state defendants).

j.   4/2/08   Long-arm service letter to Defendant, Jessica Glockley, at 7703 Shadow Glen Lane, Arlington, VA 38002.

k.   4/14/08 Cattie agreed to sign Affidavit of Service of defendant, Christine Hermes; Affidavit forwarded to Atty Cattie.

l.   5/21/08 Letter to Legal Beagles for service of Secretary of State for long-arm service of Duquan Haynes & Kimberly Haynes at 449 S. 14th Street, Harrisburg, PA, and for Kimberly Haynes at 21910 130th Road, Springfield Gardens, NY 11413 - per instructions from JPH by e-mail of 5/21/08.

m.   5/28/08 Served Secretary of State for Haynes defendants at NY address & Harrisburg Address.

n.   5/30/08 Returns of service filed for Haynes defendants at NY address & Harrisburg address, for long-arm service of Secretary of State.

o.   6/2/08 Long-arm letters sent to Haynes Defendants at NY address & Harrisburg address, via registered mail, pursuant to local DE rule.

p.   6/2/08 Process Server John Shinkowski attempted service at the 449 S. 14th Street, Harrisburg, PA address today and they do not live there; they moved out in January and left no forwarding address.

q.  6/2/08 Process Server confirmed that NY address is not valid for Kimberly Haynes.

r.  Tried to serve the Haynes defendants at the following addresses without success:

425 Independence Court
Mechanicsburg, PA 17055                1/25/08

903 North 19th Street
Harrisburg, PA                2/18/08

449 S. 14th Street
Harrisburg, PA                2/20/08

21910   130th Road
Springfield Gardens, NY 11413 5/30/08

449 S. 14th Street
Harrisburg, PA                5/30/08

3.  Based on the foregoing, it is clear that Plaintiffs have tried all avenues available to them to serve the individual Haynes defendants.  It is apparent that the Haynes are attempting to avoid service.

4.  Pursuant to Rule 4 of the Federal Rules of Civil Procedure, failing service thereunder, Plaintiffs may avail themselves of the rules of the state in which the action was filed in the District Court. Fed.R.Civ.P. 4(e)(1).

5.  Local Rule 4.1 of the U.S. District Court for the District of Delaware provides as follows:

(a) Summons. Except as to those cases proceeding pursuant to 28 U.S.C.§ 1915(d), upon or after the filing of a complaint, plaintiff or plaintiff's counsel must present to the Clerk, for the Clerk's signature and seal, a completed form of summons for each named defendant. Upon issuance, the Clerk shall provide the summons to plaintiff or plaintiff's counsel who shall be responsible for prompt service of the summons and a copy of the complaint on each named defendant.

(b) Affidavit of Mailing. In an action in which the plaintiff serves process pursuant to 10 Del. C. § 3104, § 3112, or § 3113, plaintiff or plaintiff's counsel shall file an affidavit stating that a nonresident defendant has been served by mail and has either accepted or refused the notice required by statute. The affidavit, along with the defendant's return receipt, shall be filed within 10 days of the receipt by plaintiff or by plaintiff's counsel of that return receipt. The affidavit and return receipt need not be served upon the parties.

6.  Pursuant to Delaware rules, the Defendants have been served via the Delaware Secretary of State.

7.  Despite good service on the Delaware Secretary of State, Plaintiffs tried one more time to serve the individual Haynes Defendants at their last recorded addresses, but these defendants were not found.

8.  Plaintiffs have diligently tried to serve the individual Haynes Defendants and despite all efforts, the only service able to be effected is that available through the Delaware Secretary of State. Evidence of these efforts is on the attached docket entries (Exhibit "A"). Plaintiffs' additional efforts to serve the Haynes Defendants are evidenced by the multiple process servers and private investigators hired by Plaintiffs to effect service. See, Exhibit "C".

9.  Plaintiffs have complied with, or are in the process of complying with, 10 Del. C. Sec. 3104 which provides for service on the Delaware Secretary of State with subsequent follow-up service via registered mail. Service has been effected on the Secretary of State and Plaintiffs have complied with the second part of the rule which requires that registered mail containing the complaint and summons be sent to the Defendants at their last known address. Once the registered mail documents are returned to counsel, counsel will file an affidavit with the Court certifying these efforts as required by 10 Del. C. Sec. 3104.

10. Pursuant to Rule 4 of the Federal Rules of Civil Procedure, following Delaware State service rules is appropriate.

In cases such as this where the defendants cannot be located despite due diligence, Plaintiffs' action s are reasonable when all avenues of ascertaining the whereabouts of defendants, who are obviously dodging service, are exhausted. Instantly, Plaintiff have exhausted all options available to them at this point in the litigation. Those most able to supply Plaintiffs with last known whereabouts

of the Haynes Defendants are the social service agencies named in the complaint and to date they have failed and refused to do so.[1]

The Third Circuit has interpreted Rule 4(m) as requiring a court to extend time for service where a plaintiff demonstrates good cause. McCurdy v. Amer. Bd. of Plastic Surgery, 157 F.3d 191, 196 (3d Cir. 1998). A showing of good faith and some reasonable basis for noncompliance within the time specified by the rule is acceptable. MCI Telecom. Corp. v. Teleconcepts, Inc., 71 F.3d 1086, 1097 (3d Cir. 1995). Cain v Abraxas, 209 Fed. Appx. 94 (3d Cir. 2006). In the instant case, the interests of the minor children and Plaintiffs' diligence in their attempts to locate the Haynes Defendants and serving the Delaware Secretary of State as a last resort, satisfies the requirements of Rule 4. If service is properly effected pursuant to state law, then service is proper for Rule 4 purposes. Goodman v. Hasbrouck, 2008 U.S. App. Lexis 8683 (3d Cir. 2008).

Under the circumstances of the instant case, in the interest of preserving the rights of the minor plaintiffs, and in light of Plaintiffs' due diligence in completing service on the Haynes Defendants despite the lack of cooperation of other defendants who could likely have pointed to the current whereabouts of these Defendants, Plaintiffs' actions and attempts at service have been reasonable. All that needs to be completed at this time is receipt of the returned registered mail followed by an affidavit to be filed by Plaintiffs' counsel.

Based on the foregoing, Plaintiffs respectfully request that this Court extend the time for service until fifteen days after the receipt by Plaintiffs' counsel of the returned registered mail notices, and

---

[1] Plaintiffs are filing this week a Motion for a Rule 16 Conference and seeking an order from the Court granting discovery in aid of filing an amended complaint so that Plaintiffs have the information necessary to name proper parties and dismiss those who should properly be dismissed.

that within such time, that Plaintiffs' counsel be permitted to file the affidavits required under 10

Del. C. 3401.

Respectfully submitted,

SCHMIDT,KIRIFIDES, PEARSON,
KOUTCHER & FRIDKIN

  /s/
Matthew H. Osborne, Esq.
Bar #4630
1301 N. Harrison Street, Unit 105
Wilmington, DE 198806
(302) 836-3900
Attorneys for Plaintiffs

Dated:  June 4, 2008

## CERTIFICATE OF SERVICE

       I, Matthew H. Osborne, Esq., hereby certify that on this 4th day of May, 2008, I served via ECF the within Memorandum of Law on the following counsel of record:

William J. Cattie, III, Esquire
Rawle & Henderson
300 Delaware Avenue, Suit 1015
PO Box 588
Wilmington DE  19899-0588

Collins J. Seitz, Esquire
Connolly Bove Lodge & Hutz, LLP
1007 North Orange Street
PO Box 2207
Wilmington DE  19899

Kevin J. Connors, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
P.O. Box 8888
Wilmington, DE 19801

Ralph Durstein, Esquire
Deputy Attorney General
Carvel State Office Building
820 North French Street
Wilmington DE  19801

                        /s/ Matthew Hayes Osborne
                        _____
                        Matthew Hayes Osborne, Esquire
                        1301 N. Harrison Street
                        Unit 105
                        Wilmington DE  19806
                        Attorney for Plaintiffs

VACANTJUDGESHIP

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:07-cv-00675-GMS

L.C. 1 et al v. State of Delaware et al
Assigned to: Judge Gregory M. Sleet
Cause: 42:1983 Civil Rights Act

Date Filed: 10/26/2007
Jury Demand: Both
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**L.C. 1**
*by and through her legal guardians
Sherman Catchings and Gladys Catchings
formerly known as*
S.W.

represented by **Matthew Hayes Osborne**
Schmidt, Kirifides, Pearson, Koutcher &
Fridkin, P.C.
1301 N. Harrison Street, Unit 105
Wilmington, DE 19806
302-836-3900
Email: Osbornelaw@verizon.net
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Plaintiff**

**L.C. 2**
*by and through his legal guardians,
Sherman Catchings and Gladys Catchings
formerly known as*
I.W.

represented by **Matthew Hayes Osborne**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

V.

**Defendant**

**State of Delaware**

represented by **Ralph K. Durstein, III**
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Email: ralph.durstein@state.de.us
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Stephani J. Ballard**
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400

Email: stephani.ballard@state.de.us
*TERMINATED: 04/04/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Maxwell**
Department of Justice
820 N. French Street, 8th Floor
Carvel Office Building
Wilmington, DE 19801
(302) 577-8500
Email: james.maxwell@state.de.us
*ATTORNEY TO BE NOTICED*

**Defendant**

**Delaware Division of Family Services**          represented by     **Ralph K. Durstein, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Maxwell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephani J. Ballard**
(See above for address)
*TERMINATED: 04/04/2008*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Delaware Department of Services for**          represented by     **Ralph K. Durstein, III**
**Children, Youth and their Families**                               (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephani J. Ballard**
(See above for address)
*TERMINATED: 04/04/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Maxwell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Marcia Tremper**                               represented by     **Ralph K. Durstein, III**
*individually and in her official capacities*                       (See above for address)
*with the Delaware Division of Family*                              *LEAD ATTORNEY*
*Services and Delaware Department of*                               *ATTORNEY TO BE NOTICED*

*Services for Children, Youth and Their*
*Families*

**Stephani J. Ballard**
(See above for address)
*TERMINATED: 04/04/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Maxwell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Children and Families First**                    represented by **William J. Cattie, III**
Rawle & Henderson
300 Delaware Avenue, Suite 1130
P.O. Box 588
Wilmington, DE 19899
(302) 778-1200
Email: wcattie@rawle.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jessica Gockely**                               represented by **William J. Cattie, III**
*individually and in her official capacities*         (See above for address)
*with Children and Families First*                   *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Christine Hermes**                              represented by **William J. Cattie, III**
*individually and in her official capacities*         (See above for address)
*with Children and Families First*                   *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Buchanan Ingersoll & Rooney P.C.**              represented by **Collins J. Seitz, Jr.**
*TERMINATED: 02/27/2008*                          Connolly, Bove, Lodge & Hutz
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
Email: cseitz@cblh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Klett Rooney Lieber and Schorling P.C.**        represented by **Collins J. Seitz, Jr.**
*TERMINATED: 02/27/2008*                          (See above for address)
*LEAD ATTORNEY*

**Defendant**

**Andrew Lippstone**                          represented by  **Collins J. Seitz, Jr.**
*individually and in his official capacities*                  (See above for address)
*with Buchanan Ingersoll & Rooney P.C. and*                   *LEAD ATTORNEY*
*Klett Rooney Lieber and Schorling P.C.*                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Rejoice Inc.**                              represented by  **Kevin J. Connors**
*a Pennsylvania Corporation*                                  Marshall, Dennehey, Warner, Coleman &
                                                              Goggin
                                                              1220 N. Market St., Suite 500
                                                              P.O. Box 8888
                                                              Wilmington, DE 19899
                                                              (302) 552-4300
                                                              Email: kjconnors@mdwcg.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Breaune Catlett**                           represented by  **Kevin J. Connors**
*individually and in her official capacities*                 (See above for address)
*with Rejoice Inc.*                                           *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Dequan Haynes**

**Defendant**

**Kimberly Haynes**

**Defendant**

**Rejoice Inc.**                              represented by  **Kevin J. Connors**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Breaune Catlett**                           represented by  **Kevin J. Connors**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Rejoice Inc.**                              represented by  **Kevin J. Connors**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Children and Families First**                     represented by  **William J. Cattie, III**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*


V.

**Cross Defendant**

**Delaware Department of Services for**              represented by  **Ralph K. Durstein, III**
**Children, Youth and their Families**                                (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Stephani J. Ballard**
                                                                      (See above for address)
                                                                      *TERMINATED: 04/04/2008*
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*


**Cross Defendant**

**Marcia Tremper**                                   represented by  **Ralph K. Durstein, III**
*individually and in her official capacities*                         (See above for address)
*with the Delaware Division of Family*                                *LEAD ATTORNEY*
*Services and Delaware Department of*                                 *ATTORNEY TO BE NOTICED*
*Services for Children, Youth and Their*
*Families*                                                            **Stephani J. Ballard**
                                                                      (See above for address)
                                                                      *TERMINATED: 04/04/2008*
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*


**Cross Defendant**

**Buchanan Ingersoll & Rooney P.C.**                 represented by  **Collins J. Seitz, Jr.**
*TERMINATED: 02/27/2008*                                              (See above for address)
                                                                      *LEAD ATTORNEY*


**Cross Defendant**

**Klett Rooney Lieber and Schorling P.C.**           represented by  **Collins J. Seitz, Jr.**
*TERMINATED: 02/27/2008*                                              (See above for address)
                                                                      *LEAD ATTORNEY*


**Cross Defendant**

**Andrew Lippstone**                                 represented by  **Collins J. Seitz, Jr.**
*individually and in his official capacities*                         (See above for address)
*with Buchanan Ingersoll & Rooney P.C. and*                           *LEAD ATTORNEY*
*Klett Rooney Lieber and Schorling P.C.*

**Cross Defendant**

**Rejoice Inc.**

*a Pennsylvania Corporation*

**Cross Defendant**

**Breaune Catlett**
*individually and in her official capacities*
*with Rejoice Inc.*

**Cross Defendant**

**Dequan Haynes**

**Cross Defendant**

**Kimberly Haynes**

**Cross Defendant**

**State of Delaware**                     represented by    **Ralph K. Durstein, III**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Stephani J. Ballard**
                                                            (See above for address)
                                                            *TERMINATED: 04/04/2008*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Delaware Division of Family Services**   represented by    **Ralph K. Durstein, III**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Stephani J. Ballard**
                                                            (See above for address)
                                                            *TERMINATED: 04/04/2008*
                                                            *ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Rejoice Inc.**                          represented by    **Kevin J. Connors**
*a Pennsylvania Corporation*                                (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Breaune Catlett**                       represented by    **Kevin J. Connors**
*individually and in her official capacities*               (See above for address)
*with Rejoice Inc.*                                         *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**Delaware Department of Services for Children, Youth and their Families**

represented by **Ralph K. Durstein, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Marcia Tremper**
*individually and in her official capacities with the Delaware Division of Family Services and Delaware Department of Services for Children, Youth and Their Families*

represented by **Ralph K. Durstein, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Children and Families First**

represented by **William J. Cattie, III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Jessica Gockely**
*individually and in her official capacities with Children and Families First*

represented by **William J. Cattie, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Rejoice Inc.**

represented by **Kevin J. Connors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Christine Hermes**
*individually and in her official capacities with Children and Families First*

represented by **William J. Cattie, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Breaune Catlett**

represented by **Kevin J. Connors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Buchanan Ingersoll & Rooney P.C.**

**Cross Defendant**

**Klett Rooney Lieber and Schorling P.C.**

**Cross Defendant**

**Andrew Lippstone**
*individually and in his official capacities*
*with Buchanan Ingersoll & Rooney P.C. and*
*Klett Rooney Lieber and Schorling P.C.*

**Cross Defendant**

**Rejoice Inc.**                                represented by   **Kevin J. Connors**
*a Pennsylvania Corporation*                                    (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Breaune Catlett**                             represented by   **Kevin J. Connors**
*individually and in her official capacities*                   (See above for address)
*with Rejoice Inc.*                                            *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Dequan Haynes**

**Cross Defendant**

**Kimberly Haynes**

**Cross Defendant**

**State of Delaware**                           represented by   **Ralph K. Durstein, III**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Delaware Division of Family Services**        represented by   **Ralph K. Durstein, III**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/26/2007 | 1 | COMPLAINT filed with Jury Demand against Delaware Department of Services for Children, Youth and their Families, Marcia Tremper, Children and Families First, Jessica Gockely, Christine Hermes, Buchanan Ingersoll & Rooney P.C., Klett Rooney Lieber and Schorling P.C., Andrew Lippstone, Rejoice Inc., Breaune Catlett, Dequan Haynes, Kimberly Haynes, State of Delaware, Delaware Division of Family Services - Magistrate Consent Notice to Pltf. ( Filing fee $ 350, receipt number 149371.) - filed by L.C. 1, L.C. 2. (Attachments: # 1 Civil Cover Sheet # 2 Acknowledgement of Consent Form)(ead) (Entered: 10/29/2007) |
| 10/26/2007 |  | Summons Issued as to Delaware Department of Services for Children, Youth and their |

| | | |
|---|---|---|
| | | Families on 10/26/2007; Marcia Tremper on 10/26/2007; Children and Families First on 10/26/2007; Jessica Gockely on 10/26/2007; Christine Hermes on 10/26/2007; Buchanan Ingersoll & Rooney P.C. on 10/26/2007; Klett Rooney Lieber and Schorling P.C. on 10/26/2007; Andrew Lippstone on 10/26/2007; Rejoice Inc. on 10/26/2007; Breaune Catlett on 10/26/2007; Dequan Haynes on 10/26/2007; Kimberly Haynes on 10/26/2007; State of Delaware on 10/26/2007; Delaware Division of Family Services on 10/26/2007. (ead) (Entered: 10/29/2007) |
| 10/26/2007 | 2 | Notice of Availability of a U.S. Magistrate Judge to Exercise Jurisdiction (ead) (Entered: 10/29/2007) |
| 11/07/2007 | 3 | [1:07-cv-675-***]: Please note that, in accordance with the attached standing orders, this case has been designated as one to be assigned to the judge who fills the vacancy left by the elevation of Judge Kent A. Jordan to the United States Court of Appeals for the Third Circuit. Pending assignment, the case has been referred to Magistrate Judge Leonard P. Stark for all pretrial proceedings, pursuant to 28 U.S.C. section 636(b). Please include ***, in place of the Judge's initials, after the case number on all documents filed. (rjb) (Entered: 11/07/2007) |
| 01/09/2008 | 4 | NOTICE of Appearance by William J. Cattie, III on behalf of Children and Families First (Attachments: # 1 Certificate of Service)(Cattie, William) (Entered: 01/09/2008) |
| 01/15/2008 | 5 | Proposed STIPULATION TO EXTEND TIME to answer, move or otherwise plead to the complaint to February 10, 2008 - filed by Buchanan Ingersoll & Rooney P.C., Klett Rooney Lieber and Schorling P.C., Andrew Lippstone. (Seitz, Collins) (Entered: 01/15/2008) |
| 01/15/2008 | | SO ORDERED, re 5 Proposed STIPULATION TO EXTEND TIME to answer, move or otherwise plead to the complaint to February 10, 2008 filed by Andrew Lippstone, Buchanan Ingersoll & Rooney P.C., Klett Rooney Lieber and Schorling P.C., Reset Answer Deadlines: Buchanan Ingersoll & Rooney P.C. answer due 2/11/2008; Klett Rooney Lieber and Schorling P.C. answer due 2/11/2008; Andrew Lippstone answer due 2/11/2008. Signed by Judge Leonard P. Stark on 1/15/08. (ntl) (Entered: 01/16/2008) |
| 01/18/2008 | 6 | STIPULATION TO EXTEND TIME to answer, move or otherwise plead to the complaint to February 11, 2008 - filed by Delaware Department of Services for Children, Youth and their Families, Marcia Tremper, State of Delaware. (Ballard, Stephani) (Entered: 01/18/2008) |
| 01/18/2008 | 7 | STIPULATION TO EXTEND TIME to respond to the Complaint to 2/11/08 - filed by Children and Families First. (Cattie, William) (Entered: 01/18/2008) |
| 01/18/2008 | | SO ORDERED, re 6 STIPULATION TO EXTEND TIME to answer, move or otherwise plead to the complaint to February 11, 2008; Set Answer Deadlines: Delaware Department of Services for Children, Youth and their Families answer due 2/11/2008; Marcia Tremper answer due 2/11/2008; State of Delaware answer due 2/11/2008; Delaware Division of Family Services answer due 2/11/2008. Signed by Judge Leonard P. Stark on 1/18/08. (ntl) (Entered: 01/22/2008) |
| 01/22/2008 | | SO ORDERED, re 7 STIPULATION TO EXTEND TIME to respond to the Complaint to 2/11/08 filed by Children and Families First, Reset Answer Deadline: Children and Families First answer due 2/11/2008. Signed by Judge Leonard P. Stark on 1/22/08. (ntl) (Entered: 01/23/2008) |

| 02/01/2008 | | Case reassigned from the Vacant Judgeship to Judge Gregory M. Sleet. Please include the initials of the Judge (GMS) after the case number on all documents filed. (ntl) (Entered: 02/01/2008) |
|---|---|---|
| 02/06/2008 | 8 | STIPULATION TO EXTEND TIME to answer, move or otherwise plead to the complaint to 2/21/08 - filed by Delaware Department of Services for Children, Youth and their Families, Marcia Tremper, State of Delaware. (Ballard, Stephani) (Entered: 02/06/2008) |
| 02/06/2008 | | ORAL ORDER denying 8 STIPULATION TO EXTEND TIME to answer, move or otherwise plead to the complaint to 2/21/08 filed by State of Delaware, Marcia Tremper, Delaware Department of Services for Children, Youth and their Families. The parties shall refer to the Court's website and follow Chief Judge Sleet's procedure for filing stipulations to extend time. After reviewing the Court's procedure, the parties may re-file the stipulation. Ordered by Chief Judge Gregory M. Sleet on 2/6/2008. (asw) (Entered: 02/06/2008) |
| 02/06/2008 | 9 | STIPULATION TO EXTEND TIME to answer, move or otherwise plead to the complaint to February 21, 2008 - filed by Delaware Department of Services for Children, Youth and their Families, Marcia Tremper, State of Delaware, Delaware Division of Family Services. (Ballard, Stephani) (Entered: 02/06/2008) |
| 02/08/2008 | 10 | ORDER re Case Management. Signed by Judge Gregory M. Sleet on 2/8/08. (mmm) (Entered: 02/08/2008) |
| 02/08/2008 | 11 | ANSWER to Complaint with Demand by Children and Families First. (Attachments: # 1 Certificate of Service)(Cattie, William) (Entered: 02/08/2008) |
| 02/08/2008 | 12 | STIPULATION TO EXTEND TIME to answer, move or otherwise plead to the complaint to March 3, 2008 - filed by Buchanan Ingersoll & Rooney P.C., Klett Rooney Lieber and Schorling P.C., Andrew Lippstone. (Seitz, Collins) (Entered: 02/08/2008) |
| 02/11/2008 | | SO ORDERED, re 12 STIPULATION TO EXTEND TIME to answer, move or otherwise plead to the complaint to March 3, 2008 filed by Andrew Lippstone, Buchanan Ingersoll & Rooney P.C., Klett Rooney Lieber and Schorling P.C., Set/Reset Answer Deadlines: Buchanan Ingersoll & Rooney P.C. answer due 3/3/2008; Klett Rooney Lieber and Schorling P.C. answer due 3/3/2008; Andrew Lippstone answer due 3/3/2008. Ordered by Chief Judge Gregory M. Sleet on 2/11/2008. (asw) (Entered: 02/11/2008) |
| 02/19/2008 | | SO ORDERED, re 9 STIPULATION TO EXTEND TIME to answer, move or otherwise plead to the complaint to February 21, 2008 filed by State of Delaware, Marcia Tremper, Delaware Department of Services for Children, Youth and their Families, Delaware Division of Family Services, Set/Reset Answer Deadlines: Delaware Department of Services for Children, Youth and their Families answer due 2/21/2008; Marcia Tremper answer due 2/21/2008; State of Delaware answer due 2/21/2008; Delaware Division of Family Services answer due 2/21/2008. Ordered by Chief Judge Gregory M. Sleet on 2/19/2008. (asw) (Entered: 02/19/2008) |
| 02/20/2008 | 13 | MOTION to Dismiss for Failure to State a Claim - filed by Delaware Department of Services for Children, Youth and their Families, Marcia Tremper, State of Delaware, Delaware Division of Family Services. (Ballard, Stephani) (Entered: 02/20/2008) |
| 02/20/2008 | 14 | OPENING BRIEF in Support re 13 MOTION to Dismiss for Failure to State a Claim filed by Delaware Department of Services for Children, Youth and their Families, Marcia |

|  |  | Tremper, State of Delaware, Delaware Division of Family Services.Answering Brief/Response due date per Local Rules is 3/10/2008. (Ballard, Stephani) (Entered: 02/20/2008) |
|---|---|---|
| 02/20/2008 | 15 | NOTICE of Appearance by James J. Maxwell on behalf of Delaware Department of Services for Children, Youth and their Families, Marcia Tremper, State of Delaware, Delaware Division of Family Services (Maxwell, James) (Entered: 02/20/2008) |
| 02/21/2008 | 16 | Return of Service Executed by L.C. 1, L.C. 2. Buchanan Ingersoll & Rooney P.C. served on 12/28/2007, answer due 3/3/2008. (Osborne, Matthew) (Entered: 02/21/2008) |
| 02/21/2008 | 17 | Return of Service Executed by L.C. 1, L.C. 2. Breaune Catlett served on 1/30/2008, answer due 2/19/2008. (Osborne, Matthew) (Entered: 02/21/2008) |
| 02/21/2008 | 18 | Return of Service Executed by L.C. 1, L.C. 2. Children and Families First served on 12/28/2007, answer due 2/11/2008. (Osborne, Matthew) (Entered: 02/21/2008) |
| 02/21/2008 | 19 | Return of Service Executed by L.C. 1, L.C. 2. Delaware Department of Services for Children, Youth and their Families served on 12/28/2007, answer due 2/21/2008. (Osborne, Matthew) (Entered: 02/21/2008) |
| 02/21/2008 | 20 | Return of Service Executed by L.C. 1, L.C. 2. Delaware Division of Family Services served on 12/28/2007, answer due 2/21/2008. (Osborne, Matthew) (Entered: 02/21/2008) |
| 02/21/2008 | 21 | Return of Service Executed by L.C. 1, L.C. 2. Klett Rooney Lieber and Schorling P.C. served on 1/30/2008, answer due 3/3/2008. (Osborne, Matthew) (Entered: 02/21/2008) |
| 02/21/2008 | 22 | Return of Service Executed by L.C. 1, L.C. 2. Marcia Tremper served on 12/28/2007, answer due 2/21/2008. (Osborne, Matthew) (Entered: 02/21/2008) |
| 02/21/2008 | 23 | Return of Service Executed by L.C. 1, L.C. 2. Rejoice Inc. served on 1/25/2008, answer due 2/14/2008. (Osborne, Matthew) (Entered: 02/21/2008) |
| 02/21/2008 | 24 | Return of Service Executed by L.C. 1, L.C. 2. (Osborne, Matthew) (Entered: 02/21/2008) |
| 02/21/2008 | 25 | Return of Service Executed by L.C. 1, L.C. 2. Andrew Lippstone served on 12/28/2007, answer due 3/3/2008. (Osborne, Matthew) (Entered: 02/21/2008) |
| 02/22/2008 | 26 | MOTION for Extension of Time to *Serve Defendants* - filed by L.C. 1, L.C. 2. (Osborne, Matthew) (Entered: 02/22/2008) |
| 02/26/2008 | 27 | STIPULATION of Dismissal *of Buchanan, Ingersoll & Rooney, P.C. and Klett Rooney, Lieber and Schorling, P.C.* by Buchanan Ingersoll & Rooney P.C., Klett Rooney Lieber and Schorling P.C., Andrew Lippstone. (Seitz, Collins) (Entered: 02/26/2008) |
| 02/27/2008 |  | SO ORDERED, re 26 MOTION for Extension of Time to *Serve Defendants* filed by L.C. 1, L.C. 2. The court will allow a 60-day extension from the date of this Oral Order to serve defendants. Ordered by Chief Judge Gregory M. Sleet on 2/27/2008. (asw) (Entered: 02/27/2008) |
| 02/29/2008 |  | SO ORDERED, re 27 Stipulation of Dismissal filed by Andrew Lippstone, Buchanan Ingersoll & Rooney P.C., Klett Rooney Lieber and Schorling P.C. Signed by Judge Gregory M. Sleet on 2/27/08. (mmm) (Entered: 02/29/2008) |
| 03/03/2008 | 28 | Joint STIPULATION Extend time to answer State Defendant's Motion to Dismiss *until* |

| | | |
|---|---|---|
| | | *April 9, 2008* by L.C. 1, L.C. 2. (Osborne, Matthew) (Entered: 03/03/2008) |
| 03/03/2008 | 29 | MOTION to Dismiss for Failure to State a Claim - filed by Andrew Lippstone. (Attachments: # 1 Text of Proposed Order on Motion to Dismiss)(Seitz, Collins) (Entered: 03/03/2008) |
| 03/03/2008 | 30 | OPENING BRIEF in Support re 29 MOTION to Dismiss for Failure to State a Claim filed by Andrew Lippstone.Answering Brief/Response due date per Local Rules is 3/20/2008. (Seitz, Collins) (Entered: 03/03/2008) |
| 03/04/2008 | | SO ORDERED, re 28 Stipulation filed by L.C. 1, L.C. 2, Reset Briefing Schedule: re 13 MOTION to Dismiss for Failure to State a Claim. (Answering Brief due 4/9/2008.). Ordered by Chief Judge Gregory M. Sleet on 3/4/2008. (asw) (Entered: 03/04/2008) |
| 03/07/2008 | 31 | STIPULATION TO EXTEND TIME TO ANSWER, MOVE OR OTHERWISE PLEAD to MARCH 14, 2008 - filed by Rejoice Inc and Breaune Catlett. (Attachments: # 1 Certificate of Compliance CERTIFICATE OF SERVICE)(Connors, Kevin) (Entered: 03/07/2008) |
| 03/07/2008 | | SO ORDERED, re 31 STIPULATION TO EXTEND TIME TO ANSWER, MOVE OR OTHERWISE PLEAD to MARCH 14, 2008 filed by Rejoice Inc. Reset Answer Deadlines: Rejoice Inc.(a Pennsylvania Corporation) answer due 3/14/2008; Breaune Catlett answer due 3/14/2008. Ordered by Chief Judge Gregory M. Sleet on 3/7/2008. (asw) (Entered: 03/07/2008) |
| 03/07/2008 | 32 | STIPULATION TO EXTEND TIME TO ANSWER, MOVE OR OTHERWISE PLEAD to MARCH 14, 2008 - filed by Breaune Catlett, Rejoice Inc.. (Attachments: # 1 Certificate of Compliance CERTIFICATION OF SERVICE)(Connors, Kevin) (Entered: 03/07/2008) |
| 03/10/2008 | | CORRECTING ENTRY: D.I. 31, Stipulation to Extend Time has been corrected to include Breaune Catlett as the filer. D.I. 32, Stipulation to Extend Time has been terminated as it duplicates D.I. 31. The court "So Ordered" (on 3/7/2008) D.I. 31, Stipulation to Extend Time to 3/14/2008. (asw) (Entered: 03/10/2008) |
| 03/14/2008 | 33 | ANSWER to 1 Complaint,, with JURY DEMANDED *with AFFIRMATIVE DEFENSES and*, CROSSCLAIM against all defendants by Rejoice Inc.(a Pennsylvania Corporation), Breaune Catlett(individually and in her official capacities with Rejoice Inc.).(Connors, Kevin) (Entered: 03/14/2008) |
| 03/18/2008 | 34 | Joint STIPULATION To extend the time for plaintiff to respond to Defendant, Lippstone's Motion to Dismiss Complaint. by L.C. 1, L.C. 2. (Osborne, Matthew) (Entered: 03/18/2008) |
| 03/26/2008 | 35 | ANSWER to 33 Answer to Complaint, Crossclaim,, *of Rejoice Inc and Breaune Catlett* by Children and Families First. (Attachments: # 1 Certificate of Service)(Cattie, William) (Entered: 03/26/2008) |
| 03/27/2008 | 36 | STIPULATION Stipulation and Proposed Order to Extend Time for Defendant Andrew Lippstone to Reply to the Cross-Claim of Defendants' Rejoice, Inc. and Breaune Catlett, Against Co-Defendants re 33 Answer to Complaint, Crossclaim,, by Andrew Lippstone. (Gaudio, Meredith) (Entered: 03/27/2008) |
| 03/31/2008 | 37 | STIPULATION Stipulation and Proposed Order to Extend Time for State Defendants to Reply to the Cross-Claim of Defendants' Rejoice, Inc. and Catlett re 33 Answer to |

|  |  |  |
|---|---|---|
|  |  | Complaint, Crossclaim,, by Delaware Department of Services for Children, Youth and their Families, Marcia Tremper, State of Delaware, Delaware Division of Family Services. (Ballard, Stephani) (Entered: 03/31/2008) |
| 04/02/2008 | 38 | MOTION for Pro Hac Vice Appearance of Attorney Jeffrey P. Hoyle, Esquire - filed by L.C. 1. (Osborne, Matthew) (Entered: 04/02/2008) |
| 04/02/2008 | 39 | AFFIDAVIT of Jeffrey P. Hoyle re 38 MOTION for Pro Hac Vice Appearance of Attorney Jeffrey P. Hoyle, Esquire filed by L.C. 1, L.C. 2. (Osborne, Matthew) (Entered: 04/02/2008) |
| 04/02/2008 | 40 | Return of Service Executed by L.C. 1, L.C. 2. Breaune Catlett(individually and in her official capacities with Rejoice Inc.) served on 3/26/2008, answer due 4/15/2008. (Osborne, Matthew) (Entered: 04/02/2008) |
| 04/02/2008 | 41 | Return of Service Executed by L.C. 1, L.C. 2. Jessica Gockely served on 3/26/2008, answer due 4/15/2008. (Osborne, Matthew) (Entered: 04/02/2008) |
| 04/02/2008 | 42 | Return of Service Executed by L.C. 1, L.C. 2. Rejoice Inc.(a Pennsylvania Corporation) served on 3/26/2008, answer due 4/15/2008. (Osborne, Matthew) (Entered: 04/02/2008) |
| 04/02/2008 |  | SO ORDERED, re 38 MOTION for Pro Hac Vice Appearance of Attorney Jeffrey P. Hoyle, Esquire filed by L.C. 1. Ordered by Chief Judge Gregory M. Sleet on 4/2/2008. (asw) (Entered: 04/02/2008) |
| 04/04/2008 | 43 | NOTICE OF SUBSTITUTION OF COUNSEL re Delaware Department of Services for Children, Youth and their Families, Marcia Tremper, State of Delaware, Delaware Division of Family Services: Entry of appearance of attorney Ralph K. Durstein, III. Attorney Stephani J. Ballard terminated. (Durstein, Ralph) (Entered: 04/04/2008) |
| 04/09/2008 | 44 | Joint STIPULATION Extension of Time for Plaintiff's to respond to Defendant Lippstone's Motion to Dismiss Complaint by L.C. 1, L.C. 2. (Osborne, Matthew) (Entered: 04/09/2008) |
| 04/10/2008 |  | SO ORDERED, re 44 Stipulation filed by L.C. 1, L.C. 2. Ordered by Chief Judge Gregory M. Sleet on 4/10/2008. (asw) (Entered: 04/10/2008) |
| 04/10/2008 |  | Reset Briefing Schedule: re 13 MOTION to Dismiss for Failure to State a Claim. Plaintiff's Answering Brief due 5/12/2008. (asw) (Entered: 04/10/2008) |
| 05/05/2008 | 45 | ORDER TO ANSWER re Jessica Gockely. Notice of Compliance deadline set for 5/20/2008. Signed by Judge Gregory M. Sleet on 5/5/08. (mmm) (Entered: 05/06/2008) |
| 05/05/2008 | 46 | ORDER TO SHOW CAUSE. Show Cause Response due by 6/6/2008. Signed by Judge Gregory M. Sleet on 5/5/08. (mmm) (Entered: 05/06/2008) |
| 05/06/2008 |  | Remark: A copy of 45 Order to Answer was sent to the defendant Jessica Gockley at her last known address on 5/6/08. (mmm) (Entered: 05/06/2008) |
| 05/12/2008 | 47 | Joint STIPULATION TO EXTEND TIME Answer Motion To Dismiss & File Answering Brief to June 16, 2008 - filed by L.C. 1, L.C. 2. (Osborne, Matthew) (Entered: 05/12/2008) |
| 05/14/2008 |  | SO ORDERED, re 47 Joint STIPULATION TO EXTEND TIME Answer Motion To Dismiss & File Answering Brief to June 16, 2008 filed by L.C. 1, L.C. 2, Reset Briefing Schedule: re 13 MOTION to Dismiss for Failure to State a Claim, 29 MOTION to Dismiss |

| | | |
|---|---|---|
| | | for Failure to State a Claim. (Answering Brief due 6/16/2008.). Ordered by Chief Judge Gregory M. Sleet on 5/14/2008. (asw) (Entered: 05/14/2008) |
| 05/14/2008 | 48 | ANSWER OF DEFENDANT JESSICA GLOCKLEY (Cattie, William) Modified on 5/20/2008 (mmm). (Entered: 05/14/2008) |
| 05/14/2008 | 49 | CERTIFICATE OF SERVICE of Answer of Defendant Jessica Glockley by Delaware Department of Services for Children, Youth and their Families (Cattie, William) (Entered: 05/14/2008) |
| 05/14/2008 | 50 | ANSWER OF DEFENDANT CHRISTINE HERMES (Cattie, William) Modified on 5/20/2008 (mmm). (Entered: 05/14/2008) |
| 05/14/2008 | 51 | CERTIFICATE OF SERVICE of Certificate of Service for Answer of Christine Hermes by Delaware Department of Services for Children, Youth and their Families (Cattie, William) (Entered: 05/14/2008) |
| 05/20/2008 | 52 | Return of Undeliverable Mail sent to Jessica Gockley. (mmm) (Entered: 05/20/2008) |
| 05/20/2008 | | CORRECTING ENTRY: The docket text in D.I. Nos. 48 and 50 has been edited to reflect that the documents filed are Answers to the complaint by the defendants Jessica Glockley and Christine Hermes. (mmm) (Entered: 05/20/2008) |
| 05/30/2008 | 53 | Return of Service Executed by L.C. 1, L.C. 2. Dequan Haynes served on 5/28/2008, answer due 6/17/2008. (Osborne, Matthew) (Entered: 05/30/2008) |
| 05/30/2008 | 54 | Return of Service Executed by L.C. 1, L.C. 2. Kimberly Haynes served on 5/28/2008, answer due 6/17/2008. (Osborne, Matthew) (Entered: 05/30/2008) |
| 05/30/2008 | 55 | Return of Service Executed by L.C. 1, L.C. 2. (Osborne, Matthew) (Entered: 05/30/2008) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/02/2008 19:43:55 | | |
| **PACER Login:** | tb0585 | **Client Code:** |
| **Description:** | Docket Report | **Search Criteria:** | 1:07-cv-00675-GMS Start date: 1/1/1970 End date: 6/2/2008 |
| **Billable Pages:** | 9 | **Cost:** | 0.72 |

# SCHMIDT, KIRIFIDES, PEARSON, KOUTCHER & FRIDKIN

<table>
<tr>
<td>
MARK R. SCHMIDT **<br>
VASIL L. KIRIFIDES**<br>
ERIC B. PEARSON *<br>
JONATHAN B. KOUTCHER **<br>
MARK S. FRIDKIN**<br>
LISA M. GRUBB**<br><br>
*   MEMBER OF DE AND PA BAR<br>
** MEMBER OF PA BAR ONLY<br><br><br>
* Of Counsel:<br><br>
Matthew H. Osborne, Esquire<br>
F. Phillip Renzulli, Esquire
</td>
<td>
1301 NORTH HARRISON STREET<br>
UNIT 105<br>
WILMINGTON, DE 19806<br>
T: 302.836.3900<br>
F: 302.836.3708<br><br><br>
Reply to: Wilmington
</td>
<td>
POST OFFICE BOX 318<br>
44 EAST FRONT STREET<br>
MEDIA, PENNSYLVANIA 19063<br>
T: 610.892.9300<br>
F: 610.892.9333<br>
————<br><br>
SUITE 950, TWO PENN CENTER<br>
1500 JOHN F. KENNEDY BOULEVARD<br>
PHILADELPHIA, PA 19102<br>
T: 215.732.3400<br>
F: 215.732.3401
</td>
</tr>
</table>

April 14, 2008

William J. Cattie, III, Esquire
**Rawle & Henderson**
300 Delaware Avenue, Suite 1015
P.O. Box 588
Wilmington, DE 19899-0588

> RE:    LC1 and LC2, et al Vs. State of Delaware, et al
> C.A. No.: 07-00675

Dear Mr. Cattie:

Pursuant to your letter of April 2, 2008 wherein you advised me that you are accepting service on behalf of defendant, Christine Hermes, I am enclosing an Affidavit of Service for your signature. Kindly sign and return to me in the enclosed envelope. I will then e-file it with the Court.

Thank you for your courtesy.

Very truly yours,

MATTHEW H. OSBORNE

MHO/mew

Enclosure

S    K    P    K    F

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| L.C. 1 et al., | : | |
| | : | |
| Plaintiffs, | : | Case No.: 07-675 GMS |
| | : | |
| VS. | : | **JURY TRIAL DEMANDED** |
| | : | |
| STATE OF DELAWARE, et al., | : | |
| | : | |
| Defendants | : | |

### *ACCEPTANCE OF SERVICE*

William J. Cattie, III, Esquire

SCHMIDT, KIRIFIDES, PEARSON,         CONNOLLY, BOVE, LODGE & HUTZ, LLP
  KOUTCHER & FRIDKIN

 /s/                                  /s/
Matthew H. Osborne, Esq. Bar #4630    Collins J. Seitz, Jr., Esquire
1301 N. Harrison Street, Unit 105     Connolly, Bove, Lodge & Hutz, LLP
Wilmington, DE 19806                  1007 North Orange Street
(302) 836-3900                        PO Box 2207
Attorneys for Plaintiffs              Wilmington, DE 19899
                                      Attorney for Defendant Lippstone
Dated: _____

                                      Dated:  _____

                                      DEPARTMENT OF JUSTICE


                                       /S/
                                      Ralph Durstein, Esquire
                                      Deputy Attorney General
                                      Carvel State Office Building
                                      820 North French Street
                                      Wilmington, DE 19801
                                      Attorney for State Defendants
                                      Dated: _____


SO ORDERED this _____ day of _____, 2008.

United States District Judge

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on the 9th day of April, 2008, he caused the attached **Stipulation for Extension of Time to file Plaintiff's Answering Brief/Response** to be filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

**Name and Address of Recipient(s):**

Stephani J. Ballard, Esquire
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801

Collins J. Seitz, Jr., Esquire
Connolly, Bove, Lodge & Hutz, LLP
1007 North Orange Street
PO Box 2207
Wilmington, DE 19899

William J. Cattie, III, Esquire
Rawle & Henderson, LLP
300 Delaware Avenue, Suit 1015
P.O. Box 588
Wilmington, DE 19899-0588

Ralph Durstein, Esquire
Deputy Attorney General
Carvel State Office Building
820 North French Street
Wilmington, DE 19801

Kevin J. Connors, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
P.O. Box 8888
Wilmington, DE 19801

SCHMIDT, KIRIFIDES, PEARSON, KOUTCHER & FRIDKIN

Date: April 9, 2008        By _/s/_____

                                   Matthew H. Osborne, Esquire

                                   1301 N. Harrison Street, Unit #105

                                   Wilmington, DE 19806

                                   (302) 836-3900

                                   I.D. No.: 4630

                                   osbornelaw@verizon.net

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

L.C. 1 et al.,                              :
                                            :
                    Plaintiffs,             :       Case No.: 07-675 GMS
                                            :
        VS.                                 :       **JURY TRIAL DEMANDED**
                                            :
STATE OF DELAWARE, et al.,                  :
                                            :
                    Defendants              :

### *ACCEPTANCE OF SERVICE*

William J. Cattie, III, Esquire, hereby accept service of the Complaint in the above-captioned matter

on behalf of Defendant, Christine Hermes, on this _____ day of _____, 2008.


SCHMIDT, KIRIFIDES, PEARSON,                RAWLE & HENDERSON, LLP
  KOUTCHER & FRIDKIN


  /s/
_____            By:_____
Matthew H. Osborne, Esq. Bar #4630              William J. Cattie, III, Esquire
1301 N. Harrison Street, Unit 105               300 Delaware Avenue, Suit 1015
Wilmington, DE 19806                            P.O. Box 588
(302) 836-3900                                  Wilmington, DE 19899-0588
Attorneys for Plaintiffs                        Attorney for Defendant, Christine
                                                Hermes

Dated: _____

                                            Dated: _____

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on the 15th day of April, 2008, he caused the attached **Acceptance of Service** to be filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

**Name and Address of Recipient(s):**

Stephani J. Ballard, Esquire
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801

Collins J. Seitz, Jr., Esquire
Connolly, Bove, Lodge & Hutz, LLP
1007 North Orange Street
PO Box 2207
Wilmington, DE 19899

William J. Cattie, III, Esquire
Rawle & Henderson, LLP
300 Delaware Avenue, Suit 1015
P.O. Box 588
Wilmington, DE 19899-0588

Ralph Durstein, Esquire
Deputy Attorney General
Carvel State Office Building
820 North French Street
Wilmington, DE 19801

Kevin J. Connors, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
P.O. Box 8888
Wilmington, DE 19801

SCHMIDT, KIRIFIDES, PEARSON, KOUTCHER & FRIDKIN

Date: April 15th, 2008

By  /s/ _____
Matthew H. Osborne, Esquire
1301 N. Harrison Street, Unit #105
Wilmington, DE 19806
(302) 836-3900
I.D. No.: 4630
osbornelaw@verizon.net

# Schmidt, Kirifides, Pearson, Koutcher & Fridkin

MARK R. SCHMIDT **
VASIL L. KIRIFIDES **
ERIC B. PEARSON *
JONATHAN B. KOUTCHER **
MARK S. FRIDKIN **
LISA WHITELOCK **

1301 NORTH HARRISON STREET
UNIT 105
WILMINGTON, DE 19806
T: 302.836.3900
F: 302.836.3708

POST OFFICE BOX 318
44 EAST FRONT STREET
MEDIA, PENNSYLVANIA 19063
T: 610.892.9300
F: 610.892.9333
————

*   MEMBER OF DE AND PA BAR
**  MEMBER OF PA BAR ONLY

Reply to: Wilmington

SUITE 950, TWO PENN CENTER
1500 JOHN F. KENNEDY BOULEVARD
PHILADELPHIA, PA 19102
T: 215.732.3400
F: 215.732.3401

Of Counsel:

Matthew H. Osborne, Esq.
F. Phillip Renzulli, Esq.

December 21, 2007

Legal Beagles, Inc.
105 Danbury Drive
Wilmington, DE  19

RE:    LC, et al Vs. State of Delaware
       Case Number: 07-675

Dear Jeff:

Per our conversation, I would appreciate it if you would serve the enclosed Summons and Complaints upon the following defendants:

State of Delaware
Secretary of State
401 Federal Street, Suite 3
Dover, DE 19901

Marcia Tremper,
Delaware Department of Family Services
for Children, Youth and their Families
321 E. 11th Street, Suite 300
Wilmington, DE 19801

Delaware Division of Family Services
1825 Faulkland Road
Wilmington, DE 19805

Jessica Glockley,
Children and Families First
2005 Baynard Boulevard
Wilmington, DE 19802

Delaware Department of Family Services
for Children, Youth and their Families
321 E. 11th Street, Suite 300
Wilmington, DE 19801

Christine Hermes,
Children and Families First
2005 Baynard Boulevard
Wilmington, DE 19802

Children and Families First
2005 Baynard Boulevard
Wilmington, DE 19802

Buchanan Ingersoll & Rooney, PC.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

S  K  P  K  F

Enclosed please find two copies of the Summons, and one copy of the Complaint, for service of each of the above-named defendants.

Upon receipt of this letter, please call me to confirm receipt. Once the documents have been served, please fax me proof of service forms and mail the originals.

Thank you for your assistance.

Very truly yours,

SCHMIDT, KIRIFIDES, PEARSON, KOUTCHER & FRIDKIN, P.C.


Maureen E. Wagner, Litigation Paralegal

/mew

Enclosure

S    K    P    K    F

# SCHMIDT, KIRIFIDES, PEARSON, KOUTCHER & FRIDKIN

MARK R. SCHMIDT **
VASIL L. KIRIFIDES**
ERIC B. PEARSON *
JONATHAN B. KOUTCHER **
MARK S. FRIDKIN**
LISA WHITELOCK **

\*    MEMBER OF DE AND PA BAR
\*\*   MEMBER OF PA BAR ONLY

1301 NORTH HARRISON STREET
UNIT 105
WILMINGTON, DE  19806
T: 302.836.3900
F: 302.836.3708

Reply to: Wilmington

POST OFFICE BOX 318
44 EAST FRONT STREET
MEDIA, PENNSYLVANIA 19063
T:  610.892.9300
F:  610.892.9333

SUITE 950, TWO PENN CENTER
1500 JOHN F. KENNEDY BOULEVARD
PHILADELPHIA, PA 19102
T: 215.732.3400
F: 215.732.3401

Of Counsel:

Matthew H. Osborne, Esq.
F. Phillip Renzulli, Esq.

January 4, 2008

B & R Services
235 South 13th Street
Philadelphia, PA 19107

RE:     LC, et al Vs. State of Delaware
        Case Number: 07-675

Dear Sir/Madam:

Per your instructions, enclosed please find two copies of the Summons, and one copy of the Complaint, for service of each of the following defendants:

Rejoice, Inc.
1111 West Hamilton Street
Allentown, PA 18101

BreAune Catlett
Rejoice, Inc.
111 West Hamilton Street
Allentown, PA 18101

Klett, Rooney, Lieber & Schorling, P.C.
One Oxford Center, 40th Floor
Pittsburgh, PA 15210

Dequan Haynes
425 Independence Court
Mechanicsburg, PA 17055

Kimberly Haynes
425 Independence Court
Mechanicsburg, PA 17055

Upon receipt of this letter, please call me to confirm receipt.  Once the documents have been served, please fax me proof of service forms and mail the originals.

S     K     P     K     F

Page Two
B & R Services
January 4, 2008

_____

I am also enclosing a check for $475 representing your fee for same.

Thank you for your assistance.

Very truly yours,

SCHMIDT, KIRIFIDES, PEARSON, KOUTCHER & FRIDKIN, P.C.

Maureen E. Wagner, Litigation P aralegal

/mew

Enclosure

S    K    P    K    F

# SCHMIDT, KIRIFIDES, PEARSON, KOUTCHER & FRIDKIN

MARK R. SCHMIDT **
VASIL L. KIRIFIDES**
ERIC B. PEARSON *
JONATHAN B. KOUTCHER **
MARK S. FRIDKIN**
LISA WHITELOCK **

\*    MEMBER OF DE AND PA BAR
\*\* MEMBER OF PA BAR ONLY

Of Counsel:

Matthew H. Osborne, Esq.
F. Phillip Renzulli, Esq.

1301 NORTH HARRISON STREET
UNIT 105
WILMINGTON, DE  19806
T: 302.836.3900
F: 302.836.3708

Reply to: Wilmington

POST OFFICE BOX 318
44 EAST FRONT STREET
MEDIA, PENNSYLVANIA 19063
T: 610.892.9300
F: 610.892.9333

SUITE 950, TWO PENN CENTER
1500 JOHN F. KENNEDY BOULEVARD
PHILADELPHIA, PA 19102
T: 215.732.3400
F: 215.732.3401

## FAX COVER SHEET

TO:        Jeffrey Hoyle, Esquire                               Fax No.: 610-565-7001

FROM:   Maureen Wagner, Litigation Paralegal        Fax No.: 610-892-9300
             For Matthew H. Osborne, Esquire

DATE:    February 19, 2008

Dear Jeff:

I am Matt Osborne's secretary. Matt is on vacation and I am monitoring service in Matt's case filed in the US District Court of Delaware. I was hoping you could help me with a situation involving service of defendants and the upcoming deadline.

Deadline for service on our case is February 25th. I have 4 defendants remaining to be served and I have updated information and emergency process servers working on serving 3 of the 4 defendants. The 4th defendant is a former employee of a Delaware agency. We tried to serve c/o the agency, but were advised that she is no longer employed by this agency. We have no other information on this defendant, other than her name. I had an investigator try to track down a DE address for her, but he could not find her anywhere in any of his searchable databanks.

Both Matt and I have phone calls in to the attorney for the DE agency asking that he provide the last know address for the 4th defendant, but I believe he is ducking our phone calls.

Therefore, I will be filing a Motion to Extend the Time for Service. This is my first time filing in this Court (and first time e-filing in this Court); and I was hoping you could provide me with a form or filing guidelines for this motion.

I would appreciate hearing from you as soon as possible.


Thanks for your assistance.

Very truly yours,

SCHMIDT, KIRIFIDES, PEARSON, KOUTCHER & FRIDKIN, P.C.


Maureen E. Wagner, Litigation P aralegal

/mew

S    K    P    K    F



235 SOUTH 13TH STREET
PHILADELPHIA, PA  19107
PHONE: (215) 546-7400
FAX: (215) 985-0169



National Association of
Professional Process Servers



Philadelphia Association
of Professional Process Servers

| LC1, et al | : | COURT | United States District Court |
| | | | District of Delaware |
| -vs- | : | COUNTY | |
| State of Delaware, et al | : | CASE NUMBER | 07-675 |

## AFFIDAVIT OF SERVICE

COMMONWEALTH OF PENNSYLVANIA:
COUNTY OF PHILADELPHIA: Dauphin

B&R Control #          PS008275 - 2
Reference Number

### SERVICE INFORMATION

On 18 day of February, 2008 we received the
**Summons and Complaint**
for service upon **Kimberly Haynes**
at **449 South 14th Street Harrisburg, PA 17104**

*** Special Instructions ***

☐ **Served   Date** _____ **Time** _____   **Accepted By:** _____

In the manner described below.

☐ Personally served.
☐ Adult family member. Relationship is _____
☐ Adult in charge of residence who refused to give name and/or relationship. _____
☐ Manager/Clerk of place of residence lodging _____
☐ Agent or person in charge of office or usual place of business _____
☐ Other _____

**Description of Person**   Age _____ Height _____ Weight _____ Race _____ Sex _____

Other _____

☒ **Not Served   Date** 02/20/08 **Time** 9:13 AM
**Not Served Information**
☐ Moved   ☐ Unknown   ☐ No Answer   ☒ Vacant   ☐ Other _____

*Lockbox on front door.*

The Process Server, being duly sworn,
deposes and says that the facts set forth
herein are true and correct to the best of their
knowledge, information and belief.

Process Server/Sheriff

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
LAURA A. TARASEWICH, Notary Public
Susquehanna Twp., Dauphin County
My Commission Expires Aug. 30, 2008

Sworn to and subscribed before me this
25 day of February 2008

Notary Public

| Law Firm | Phone | (610) 892-9300 | For |
| | Maureen Wagner | | |
| | Schmidt, Kirifides, Pearson, Koutcher & Fridkin | | |
| | Post Office Box 318 | | |
| | Media, PA 19063 | | |

Serve By Date 2/22/2008
Filed Date 10/26/2007
Deadline 2/22/2008

ORIGINAL

049SRP



235 SOUTH 13TH STREET
PHILADELPHIA, PA 19107
PHONE: (215) 546-7400
FAX: (215) 985-0169



National Association of
Professional Process Servers



Philadelphia Association
of Professional Process Servers

| LC1, et al | : | COURT | United States District Court |
| | | | District of Delaware |
| -vs- | : | COUNTY | |
| State of Delaware, et al | : | CASE NUMBER | 07-675 |

## AFFIDAVIT OF SERVICE

COMMONWEALTH OF PENNSYLVANIA:
COUNTY OF ~~PHILADELPHIA~~: Dauphin

B&R Control #          PS008275 - 1
Reference Number

### SERVICE INFORMATION

On 18 day of February, 2008 we received the
**Summons and Complaint**
for service upon Dequan Haynes
at 449 South 14th Street Harrisburg, PA 17104

\*\*\* Special Instructions \*\*\*

☐ Served    Date _____ Time _____    Accepted By: _____

In the manner described below.

☐ Personally served.
☐ Adult family member. Relationship is _____
☐ Adult in charge of residence who refused to give name and/or relationship. _____
☐ Manager/Clerk of place of residence lodging _____
☐ Agent or person in charge of office or usual place of business _____
☐ Other _____

**Description of Person**   Age _____ Height _____ Weight _____ Race _____ Sex _____

Other _____

☒ **Not Served**  Date *09/20/08*  Time *9:18 AM*

**Not Served Information**

☐ Moved   ☐ Unknown   ☐ No Answer   ☒ Vacant   ☐ Other _____

*Lockbox on front door.*

The Process Server, being duly sworn,
deposes and says that the facts set forth
herein are true and correct to the best of their
knowledge, information and belief.

Process Server/Sheriff _____

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
LAURA A. TARASEWICH, Notary Public
Susquehanna Twp., Dauphin County
My Commission Expires Aug. 30, 2008

Sworn to and subscribed before me this
_____ day of _____

_____
Notary Public

Law Firm    Phone    (610)892-9300    For
Maureen Wagner
Schmidt, Kirifides, Pearson, Koutcher & Fridkin
Post Office Box 318
Media, PA 19063

Serve By Date 2/22/2008

Filed Date 10/26/2007

Deadline 2/22/2008

ORIGINAL

049SRP



235 SOUTH 13TH STREET
PHILADELPHIA, PA 19107
PHONE: (215) 546-7400
FAX: (215) 985-0169



National Association of
Professional Process Servers



Philadelphia Association
of Professional Process Servers

| LC1, et al | : | **COURT** | United States District Court |
| | | | District of Delaware |
| -vs- | : | **COUNTY** | |
| State of Delaware, et al | : | **CASE NUMBER** | 07-675 |

## AFFIDAVIT OF SERVICE

COMMONWEALTH OF PENNSYLVANIA:          **B&R Control #**     **PS008275 - 4**
COUNTY OF ~~PHILADELPHIA~~: Dauphin       **Reference Number**

### SERVICE INFORMATION

On 18 day of February, 2008 we received the
**Summons and Complaint**
for service upon **Kimberly Haynes**
at **903 North 19th Street Harrisburg, PA 17103**

*** Special Instructions ***

☐ **Served**  Date _____  **Time** _____  **Accepted By:** _____

In the manner described below.

☐ Personally served.
☐ Adult family member. Relationship is _____
☐ Adult in charge of residence who refused to give name and/or relationship. _____
☐ Manager/Clerk of place of residence lodging _____
☐ Agent or person in charge of office or usual place of business _____
☐ Other _____

**Description of Person**  Age _____  Height _____  Weight _____  Race _____  Sex _____

Other _____

☒ **Not Served**  Date 02/20/08  Time 9:00 AM

**Not Served Information**

☐ Moved    ☒ Unknown    ☐ No Answer    ☐ Vacant    ☐ Other _____

Black female resident of 1 year stated she
does not know the subject.

The Process Server, being duly sworn,
deposes and says that the facts set forth
herein are true and correct to the best of their
knowledge, information and belief.

Process Server/Sheriff _____

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
LAURA A. TARASEWICH, Notary Public
Susquehanna Twp., Dauphin County
My Commission Expires Aug. 30, 2008

Sworn to and subscribed before me this
25 day of February 2008

Notary Public _____

| Law Firm | Phone | (610)892-9300 | For |
| | Maureen Wagner | | |
| | Schmidt, Kirifides, Pearson, Koutcher & Fridkin | | |
| | Post Office Box 318 | | |
| | Media, PA 19063 | | |

Serve By Date 2/22/2008
**Filed Date** 10/26/2007
**Deadline** 2/22/2008

ORIGINAL                                    049SRP

# B&R
Services for Professionals Inc.

235 SOUTH 13TH STREET
PHILADELPHIA, PA 19107
PHONE: (215) 546-7400
FAX: (215) 985-0169



National Association of
Professional Process Servers



Philadelphia Association
of Professional Process Servers

| | | | | |
|---|---|---|---|---|
| LC1, et al | : | **COURT** | United States District Court | |
| | | | District of Delaware | |
| -vs- | : | **COUNTY** | | |
| State of Delaware, et al | : | **CASE NUMBER** | 07-675 | |

## AFFIDAVIT OF SERVICE

COMMONWEALTH OF PENNSYLVANIA:

COUNTY OF ~~PHILADELPHIA~~: Dauphin

**B&R Control #**    PS008275 - 3

Reference Number

---

### SERVICE INFORMATION

On 18 day of February, 2008 we received the
**Summons and Complaint**
for service upon **Dequan Haynes**
at **903 North 19th Street Harrisburg, PA 17103**

---

*** Special Instructions ***

☐ **Served   Date** _____ **Time** _____ **Accepted By:** _____

In the manner described below.

☐ Personally served.
☐ Adult family member. Relationship is _____
☐ Adult in charge of residence who refused to give name and/or relationship. _____
☐ Manager/Clerk of place of residence lodging _____
☐ Agent or person in charge of office or usual place of business _____
☐ Other _____

**Description of Person**   Age _____ Height _____ Weight _____ Race _____ Sex _____

Other _____

☒ **Not Served   Date** 02/20/08 **Time** 9:00 AM

**Not Served Information**

☐ Moved   ☒ Unknown   ☐ No Answer   ☐ Vacant   ☐ Other _____

Black female resident of + year stated she
does not know the subject.

---

The Process Server, being duly sworn, deposes and says that the facts set forth herein are true and correct to the best of their knowledge, information and belief.

Process Server/Sheriff _____

Sworn to and subscribed before me this

25 day of February 2008

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
LAURA A. TARASEWICH, Notary Public
Susquehanna Twp., Dauphin County
My Commission Expires Aug. 30, 2008

Notary Public _____

---

| | |
|---|---|
| Law Firm   Phone   (610)892-9300   For | |
| Maureen Wagner | **Serve By Date** 2/22/2008 |
| Schmidt, Kirifides, Pearson, Keutcher & Fridkin | **Filed Date** 10/26/2007 |
| Post Office Box 318 | **Deadline** 2/22/2008 |
| Media, PA 19063 | |

ORIGINAL

049SRP

# SCHMIDT, KIRIFIDES, PEARSON, KOUTCHER & FRIDKIN

| | | |
|---|---|---|
| MARK R. SCHMIDT ** <br> VASIL L. KIRIFIDES** <br> ERIC B. PEARSON * <br> JONATHAN B. KOUTCHER ** <br> MARK S. FRIDKIN** <br> LISA WHITELOCK ** | 1301 NORTH HARRISON STREET <br> UNIT 105 <br> WILMINGTON, DE 19806 <br> T: 302.836.3900 <br> F: 302.836.3708 | POST OFFICE BOX 318 <br> 44 EAST FRONT STREET <br> MEDIA, PENNSYLVANIA 19063 <br> T: 610.892.9300 <br> F: 610.892.9333 |

\* MEMBER OF DE AND PA BAR
\*\* MEMBER OF PA BAR ONLY

Of Counsel:

Matthew H. Osborne, Esq.
F. Phillip Renzulli, Esq.

Reply to: Wilmington

SUITE 950, TWO PENN CENTER
1500 JOHN F. KENNEDY BOULEVARD
PHILADELPHIA, PA 19102
T: 215.732.3400
F: 215.732.3401

February 20, 2008

Legal Beagles, Inc.
105 Banbury Drive
Wilmington, DE   19803

RE:    LC, et al Vs. State of Delaware
       Case Number: 07-675

Dear Jeff:

I would appreciate it if you would serve the enclosed Summons and Complaints upon the following defendant:

Jessica Glockley
811 West Third Street
Wilmington, DE 19802

I have a feeling that she no longer resides here, but we have to make the effort since we will be filing a Motion to Extend the Time for Service. I will also need you to attempt this service by Friday.

**This is a rush since the deadline for service is Friday, February 22, 2008. If you are able to make service, please fax me the Return of Service forms so that I may e-file these with the Court on Friday.**

**Upon receipt of this letter, please call me to confirm receipt.**

Thank you for your assistance.

Very truly yours,
SCHMIDT, KIRIFIDES, PEARSON, KOUTCHER & FRIDKIN, P.C.

Maureen E. Wagner, Litigation Paralegal

/mew
Enclosure

S    K    P    K    F

# SCHMIDT, KIRIFIDES, PEARSON, KOUTCHER & FRIDKIN

A PROFESSIONAL CORPORATION

MARK R. SCHMIDT

VASIL L. KIRIFIDES

ERIC B. PEARSON *

JONATHAN B. KOUTCHER

MARK S. FRIDKIN

* ALSO MEMBER OF DE BAR

Mark S. Fridkin, Esquire
mfridkin@skpkf.com

POST OFFICE BOX 318
44 EAST FRONT STREET
MEDIA, PENNSYLVANIA 19063

T: 610.892.9300
F: 610.892.9333

Reply to: Media

SUITE 950
TWO PENN CENTER
1500 JOHN F. KENNEDY BOULEVARD
PHILADELPHIA, PA 19102
T: 215.732.3400
F: 215.732.3401

———

1301 NORTH HARRISON STREET
UNIT 105
WILMINGTON, DE 19806
T: 302.836.3900
F: 302.836.3708

February 29, 2008

## FAX COVER SHEET

| | | |
|---|---|---|
| **TO:** | **Tom Ricci** | |
| **OF:** | **Port Investigations** | **Fax No.: 610-789-1102** |
| **FROM:** | **Maureen Wagner** | |
| **RE:** | **Catchings** | |

Dear Tom:

I tried to e-mail you this information at manoradj@hotmail.com, however, the e-mail was returned as undeliverable.  Please confirm your e-mail address.

I have some new information on the defendants, Kimberly Haynes and Dequan Haynes:

Their last known telephone number was 717-697-7852. Kim's date of birth is 10/21/77 and Dequan's date of birth is 11/5/77.

Please see if you can find a current address and telephone number with this information.

Thanks,

Maureen E. Wagner

Schmidt, Kirifides, Pearson, Koutcher & Fridkin, P.C.

*Workers' Compensation . . . Getting Results*

Post Office Box 318 / 44 East Front Street

Media, Pennsylvania 19063

T: 610.892.9300 / F: 610.892.9333

www.skpklaw.com

mwagner@skpklaw.com

S  K  P  K  F

# SCHMIDT, KIRIFIDES, PEARSON, KOUTCHER & FRIDKIN

MARK R. SCHMIDT
VASIL L. KIRIFIDES
ERIC B. PEARSON *
JONATHAN B. KOUTCHER
MARK S. FRIDKIN

* ALSO MEMBER OF DE BAR

Mark S. Fridkin, Esquire
mfridkin@skpklaw.com

A PROFESSIONAL CORPORATION

POST OFFICE BOX 318
44 EAST FRONT STREET
MEDIA, PENNSYLVANIA 19063

T: 610.892.9300
F: 610.892.9333

Reply to: Media

21 SOUTH 12TH STREET
SUITE 800
PHILADELPHIA, PA 19107
T: 215.732.3400
F: 215.732.3401

———

1301 NORTH HARRISON STREET
UNIT 105
WILMINGTON, DE 19806
T: 302.836.3900
F: 302.836.3708

March 17, 2008

Mrs. Gladys Catchings
161 Maple Shade Drive
Magnolia, DE 19962

RE:    Catchings, Lachay

Dear Mrs. Catchings:

We are bringing another attorney on to our team. Jeff Hoyle is an attorney who is a good friend of Matt Osborne's who will be of great benefit with our efforts. I would like to meet with you and introduce you to Jeff and go over the case. We would like to meet with you on Monday, March 24th at 10:00 a.m. at our Wilmington office.

Upon receipt of this letter, please call my secretary to confirm this meeting.

Very truly yours,
SCHMIDT, KIRIFIDES, PEARSON, KOUTCHER & FRIDKIN, P.C.

BY:_____
        MARK S. FRIDKIN

MSF:mew

cc:    Matt Osborne, Esquire
        Jeff Hoyle, Esquire

S   K   P   K   F

# SCHMIDT, KIRIFIDES, PEARSON, KOUTCHER & FRIDKIN

A PROFESSIONAL CORPORATION

MARK R. SCHMIDT
VASIL L. KIRIFIDES
ERIC B. PEARSON *
JONATHAN B. KOUTCHER
MARK S. FRIDKIN
LISA M. GRUBB

POST OFFICE BOX 318
44 EAST FRONT STREET
MEDIA, PENNSYLVANIA 19063

T: 610.892.9300
F: 610.892.9333

* ALSO MEMBER OF DE BAR

Reply to: Media

SUITE 950
TWO PENN CENTER
1500 JOHN F. KENNEDY BOULEVARD
PHILADELPHIA, PA 19102
T: 215.732.3400
F: 215.732.3401
———
1301 NORTH HARRISON STREET
UNIT 105
WILMINGTON, DE 19806
T: 302.836.3900
F: 302.836.3708

FAX NUMBER TRANSMITTED TO:      610-565-7001

| | |
|---|---|
| To: | Jeffrey P. Hoyle, Esquire |
| Of: | |
| From: | Maureen Wagner, Paralegal for Matthew H. Osborne |
| Client/Matter: | Catchings |
| Date: | March 18, 2008 |

| DOCUMENTS | NUMBER OF PAGES |
|---|---|
| | |
| | |
| | |

See attached documents which I have tried to e-mail you at jph@jphoylelaw.com, but the e-mails were returned.

Attached Stipulation was e-filed today.

Meeting with Mrs. Catchings on Monday, March 31, 2008 at 10:30 a.m. at our Delaware office.

Thank you,

Maureen Wagner, Paralegal
**Schmidt, Kirifides, Pearson, Koutcher & Fridkin**

S    K    P    K    F

# SCHMIDT, KIRIFIDES, PEARSON, KOUTCHER & FRIDKIN

A PROFESSIONAL CORPORATION

MARK R. SCHMIDT
VASIL L. KIRIFIDES
ERIC B. PEARSON *
JONATHAN B. KOUTCHER
MARK S. FRIDKIN
LISA M. GRUBB

\* ALSO MEMBER OF DE BAR

POST OFFICE BOX 318
44 EAST FRONT STREET
MEDIA, PENNSYLVANIA 19063

T: 610.892.9300
F: 610.892.9333

Reply to: Media

SUITE 950
TWO PENN CENTER
1500 JOHN F. KENNEDY BOULEVARD
PHILADELPHIA, PA 19102
T: 215.732.3400
F: 215.732.3401

———

1301 NORTH HARRISON STREET
UNIT 105
WILMINGTON, DE 19806
T: 302.836.3900
F: 302.836.3708

FAX NUMBER TRANSMITTED TO:    610-565-7001

To:             Jeffrey P. Hoyle, Esquire
Of:
From:           Maureen Wagner, Paralegal for Matthew H. Osborne
Client/Matter:  Catchings
Date:           March 18, 2008

| DOCUMENTS | NUMBER OF PAGES* |
|---|---|
|  |  |
|  |  |
|  |  |

I have tried to e-mail you at jph@jphoylelaw.com, but the e-mails were returned.

Meeting with Mrs. Catchings **has been changed to Monday, March 31, 2008 at 10:30 a.m. at our Delaware office**.

Thank you,

Maureen Wagner, Paralegal
**Schmidt, Kirifides, Pearson, Koutcher & Fridkin**

S   K   P   K   F

# SCHMIDT, KIRIFIDES, PEARSON, KOUTCHER & FRIDKIN

MARK R. SCHMIDT **
VASIL L. KIRIFIDES**
ERIC B. PEARSON *
JONATHAN B. KOUTCHER **
MARK S. FRIDKIN**
LISA WHITELOCK **

\*   MEMBER OF DE AND PA BAR
\*\* MEMBER OF PA BAR ONLY

1301 NORTH HARRISON STREET
UNIT 105
WILMINGTON, DE  19806
T: 302.836.3900
F: 302.836.3708

Reply to: Wilmington

POST OFFICE BOX 318
44 EAST FRONT STREET
MEDIA, PENNSYLVANIA 19063
T:  610.892.9300
F:  610.892.9333
_____

SUITE 950, TWO PENN CENTER
1500 JOHN F. KENNEDY BOULEVARD
PHILADELPHIA, PA 19102
T: 215.732.3400
F: 215.732.3401

Of Counsel:

Matthew H. Osborne, Esq.
F. Phillip Renzulli, Esq.

March 25, 2008

ATT: Jeff Butler
Legal Beagles, Inc.
105 Banbury Drive
Wilmington, DE   19803

      RE:    LC, et al Vs. State of Delaware
              Case Number: 07-675

Dear Jeff:

I would appreciate it if you would serve  the enclosed Summons and Complaints upon the following defendants, by serving the **Delaware Secretary of State**:

            Jessica Glockley
            7703 Shadow Glen Lane
            Arlington, VA 38002

            Breaunne Catlett,
            c/o Lehigh Valley Child Care, Inc.
            2002 Albert Street
            Allentown, PA 18103

            Rejoice, Inc.
             1111 West Hamilton Street
            Hamilton, PA 18101

I am enclosing a check for $54 payable to the Delaware Secretary of State, representing $2 for service of Jessica Glockley, $2 for service of Breaunne Catlett, and $50 for service of Rejoice, Inc.

I am enclosing two copies of documents for service of each defendant, along with self-addressed, stamped envelopes.

Once this has been served on the Secretary of State, please fax me the Return of Service form so that I may e-file it with the Court and monitor service.

            Very truly yours,
            SCHMIDT, KIRIFIDES, PEARSON, KOUTCHER & FRIDKIN, P.C.


            Maureen E. Wagner, Litigation Paralegal

/mew
Enclosure

S   K   P   K   F

# SCHMIDT, KIRIFIDES, PEARSON, KOUTCHER & FRIDKIN

A PROFESSIONAL CORPORATION

MARK R. SCHMIDT
VASIL L. KIRIFIDES
ERIC B. PEARSON *
JONATHAN B. KOUTCHER
MARK S. FRIDKIN
LISA M. GRUBB

* ALSO MEMBER OF DE BAR

POST OFFICE BOX 318
44 EAST FRONT STREET
MEDIA, PENNSYLVANIA 19063

T: 610.892.9300
F: 610.892.9333

Reply to: Media

SUITE 950
TWO PENN CENTER
1500 JOHN F. KENNEDY BOULEVARD
PHILADELPHIA, PA 19102
T: 215.732.3400
F: 215.732.3401

1301 NORTH HARRISON STREET
UNIT 105
WILMINGTON, DE 19806
T: 302.836.3900
F: 302.836.3708

Mark S. Fridkin, Esquire
mfridkin@skpkf.com

March 25, 2008

Matthew H. Osborne, Esquire
osbornelaw@verizon.net
osbornelaw@comcast.net

Jeffrey P. Hoyle, Esquire
Fax No.: 610-565-7001

    RE:    Catchings

Dear Matt and Jeff:

This will confirm that the meeting with Mrs. Catchings is scheduled for **Monday, March 31, 2008 at 10:30 a.m. at our Delaware office.**

I am attaching a summary of service of the defendants in this case. **The deadline for service of defendants is April 28, 2008.** As you can see, the following defendants must still be served:

    Christine Hermes - employee of Children & Families First

    Dequan Haynes

    Kimberly Haynes

    Jessica Glockley - we have served the Secretary of State and are completing service through registered mail and expect to file the Return of Service within the next few weeks.

I have also noted the contact information for the defense attorneys. You should contact Attorney William Cattie, who represents Children & Families First, to schedule the deposition of a representative of Children & Families First to obtain the address for Christine Hermes.

You should contact, Attorney Kevin Connors, who represents Rejoice, Inc., to schedule the deposition of a representative of Children & Families First to obtain current addresses for Dequan Haynes and Kimberly Haynes.

S    K    P    K    F

Page Two
Matthew H. Osborne, Esquire
Jeffrey P. Hoyle, Esquire
March 25, 2008

As you know, we have hired a private investigator to try to locate these defendants, and we have also made several attempts at various addresses to serve these defendants, without success.

I look forward to meeting you at our Delaware office on Monday, March 31st, 2008 at 10:30 a.m.

Very truly yours,
SCHMIDT, KIRIFIDES, PEARSON, KOUTCHER & FRIDKIN, P.C.

BY:_____
       MARK S. FRIDKIN

MSF:mew

Enclosure

S    K    P    K    F

# SCHMIDT, KIRIFIDES, PEARSON, KOUTCHER & FRIDKIN

A PROFESSIONAL CORPORATION

MARK R. SCHMIDT
VASIL L. KIRIFIDES
ERIC B. PEARSON *
JONATHAN B. KOUTCHER
MARK S. FRIDKIN
LISA M. GRUBB

* ALSO MEMBER OF DE BAR

POST OFFICE BOX 318
44 EAST FRONT STREET
MEDIA, PENNSYLVANIA 19063

T: 610.892.9300
F: 610.892.9333

Reply to: Media

SUITE 950
TWO PENN CENTER
1500 JOHN F. KENNEDY BOULEVARD
PHILADELPHIA, PA 19102
T: 215.732.3400
F: 215.732.3401

1301 NORTH HARRISON STREET
UNIT 105
WILMINGTON, DE 19806
T: 302.836.3900
F: 302.836.3708

FAX NUMBER TRANSMITTED TO:     610-565-7001

To:                 Jeffrey P. Hoyle, Esquire Via Facsimile - Fax No.: 610-565-7001
                    Matthew H. Osborne, Esquire - Via E-Mail
Of:
From:               Maureen Wagner, Paralegal for Matthew H. Osborne
Client/Matter:      Catchings
Date:               March 25, 2008

| DOCUMENTS | NUMBER OF PAGES* |
|-----------|------------------|
|           |                  |
|           |                  |
|           |                  |

Dear Matt and Jeff:

This will confirm that the meeting with Mrs. Catchings is scheduled for **Monday, March 31, 2008 at 10:30 a.m. at our Delaware office.**

I am attaching a summary of service of the defendants in this case. **The deadline for service of defendants is April 28, 2008.** As you can see, the following defendants must still be served:

Christine Hermes - employee of Children & Families First

Dequan Haynes

Kimberly Haynes

Jessica Glockley - we have served the Secretary of State and are completing service through registered mail and expect to file the Return of Service within the next few weeks.

I have also noted the contact information for the defense attorneys. You should contact Attorney William Cattie, who represents Children & Families First, to schedule the deposition of a representative of Children & Families First to obtain the address for Christine Hermes.

You should contact, Attorney Kevin Connors, who represents Rejoice, Inc., to schedule the deposition of a representative of Children & Families First to obtain current addresses for Dequan Haynes and Kimberly Haynes.

S     K     P     K     F

As you know, we have hired a private investigator to try to locate these defendants, and we have also made several attempts at various addresses to serve these defendants, without success.


Thank you,


Maureen Wagner, Paralegal
**Schmidt, Kirifides, Pearson, Koutcher & Fridkin**

S     K     P     K     F

**SERVICE OF DEFENDANTS**            **DEADLINE EXTENDED TO APRIL 28, 2008**

## PA DEFENDANTS SERVED BY PROCESS SERVER

**Breaunne Catlett**                                    **Return of Service E-filed**
c/o Lehigh Valley Child Care, Inc.
2002 Albert Street
Allentown, PA 18103 ·
Attorney:    **Kevin J. Connors, Esq.,**
             **Marshall, Dennehey, Warner, Coleman & Goggin**
             1220 N. Market Street, Suite 500
             PO Box 8888
             Wilmington, DE 19899
             (302) 552-4300 kjconnors@mdwcg.com


**Rejoice, Inc.**                                       **Return of Service E-filed**
1111 West Hamilton Street
Hamilton, PA 18101
Attorney:    **Kevin J. Connors, Esquire (see above)**


**Klett, Rooney, Lieber & Schoring, P.C.   (Out of Case)**     **Return of Service E-filed**
One Oxford Center
40th Floor
Pittsburgh, PA 15210
Attorney:    **Collins J. Seitz, Jr., Esquire**
             **Connolly, Bove, Lodge & Hutz**
             1007 North Orange Street
             P.O. Box 2207
             Wilmington, DE 19899
             (302) 658-9141 cseitz@cblh.com


## DE DEFENDANTS SERVED BY PROCESS SERVER

**Andrew Lipstone, Esquire**                            **Return of Service E-filed**
Buchanan, Ingersoll & Rooney
Attorney:    **Collins J. Seitz, Jr., Esquire (see above)**

**Buchanan Ingersoll & Rooney (Out of Case)**           **Return of Service E-filed**
Attorney:    **Collins J. Seitz, Jr., Esquire (see above)**

S    K    P    K    F

**Children & Families First**                                    Return of Service E-filed
Attorney:    **William J. Cattie, Esquire**
             Rawle & Henderson
             300 Delaware Avenue, Suite 1130
             P.O. Box 588
             Wilmington, DE 19899
             (302) 778-1200 wcattie@rawle.com


**Delaware Department of Services for Children,**
**Youth & Their Families**                                       Return of Service E-filed
Attorney:    **Stephanie Ballard, Esquire**
             **James J. Maxwell, Esquire**
             Department of Justice
             820 N. French Street, 8th Floor
             Carvel Office Building
             Wilmington, DE 19801
             302-577-8500 james.maxwell@state.de.us
                          Stephanie.ballard@state.de.us


**Delaware Division of Family Services**                         Return of Service E-filed
Attorney:    **Ballard and Maxwell (see above)**


**Marcia Tremper,**                                              Return of Service E-filed
Delaware Division of Family Services
Attorney:    **Ballard and Maxwell (see above)**


## DEFENDANTS REMAINING TO BE SERVED

**Christine Hermes** - NEED ADDRESS - employee of Children & Families First; depose rep to
                                 get information on Hermes

**Jessica Glockley**
7703 Shadow Glen Lane
Arlington, VA 38002    - per Bill Cattie 3/1/08        - Serving Via Registered Mail


**Dequan Haynes** - NEED ADDRESS - get from deposing rep of Rejoice, Inc.

**Kimberly Haynes** - NEED ADDRESS - get from deposing rep of Rejoice, Inc.


S    K    P    K    F

# SCHMIDT, KIRIFIDES, PEARSON, KOUTCHER & FRIDKIN

MARK R. SCHMIDT **
VASIL L. KIRIFIDES**
ERIC B. PEARSON *
JONATHAN B. KOUTCHER **
MARK S. FRIDKIN**
LISA M. GRUBB**

\* MEMBER OF DE AND PA BAR
\*\* MEMBER OF PA BAR ONLY

Of Counsel:

Matthew H. Osborne, Esq.
F. Phillip Renzulli, Esq.

1301 NORTH HARRISON STREET
UNIT 105
WILMINGTON, DE 19806
T: 302.836.3900
F: 302.836.3708

Reply to: Wilmington

POST OFFICE BOX 318
44 EAST FRONT STREET
MEDIA, PENNSYLVANIA 19063
T: 610.892.9300
F: 610.892.9333
_____

SUITE 950, TWO PENN CENTER
1500 JOHN F. KENNEDY BOULEVARD
PHILADELPHIA, PA 19102
T: 215.732.3400
F: 215.732.3401

**April 2, 2008**

**Via Registered Mail/Return Receipt Requested
and U.S. First Class Mail**

Jessica Glockley
7703 Shadow Glen Lane
Arlington, VA 38002

   RE:  LC, et al Vs. State of Delaware
      U.S.D.C. - Delaware - Case Number: 07-675

Dear Ms. Glockley:

   Please be advised that this office represents the plaintiffs in their claim for injuries resulting from an incident which occurred on October 28, 2005 with reference to the above-captioned matter. You have been sued in the United States District Court fo the District of Delaware in connection the aforementioned incident.

   Enclosed herewith please find photocopies of the Summons and Complaint filed in this action on October 26, 2007. The Summons was issued on October 26, 2007 by the Clerk of the United States District Court for the District of Delaware, and on March 26, 2008, the Summons and a copy of the Complaint were personally served upon the Secretary of State for the State of Delaware in compliance with 10 <u>Del</u>. <u>C</u>. 3112. Such service is effectual for all intents and purposes as if it had been made upon you yourself within the State of Delaware. The Return of Service was filed with the Court on April 2, 2008.

   Please be advised that you have an obligation to answer this Complaint within 20 days after service hereof upon you, exclusive of the day of service or a judgment by default will be entered against you.

        Very truly yours,

      SCHMIDT, KIRIFIDES, PEARSON, KOUTCHER & FRIDKIN, P.C.

   BY: _____

      MATTHEW H. OSBORNE

MHO/mew
Enclosure

S  K  P  K  F

# SCHMIDT, KIRIFIDES, PEARSON, KOUTCHER & FRIDKIN

A PROFESSIONAL CORPORATION

MARK R. SCHMIDT
VASIL L. KIRIFIDES
ERIC B. PEARSON *
JONATHAN B. KOUTCHER
MARK S. FRIDKIN
LISA M. GRUBB

POST OFFICE BOX 318
44 EAST FRONT STREET
MEDIA, PENNSYLVANIA 19063

T: 610.892.9300
F: 610.892.9333

SUITE 950
TWO PENN CENTER
1500 JOHN F. KENNEDY BOULEVARD
PHILADELPHIA, PA 19102
T: 215.732.3400
F: 215.732.3401

\* ALSO MEMBER OF DE BAR

Reply to: Media

1301 NORTH HARRISON STREET
UNIT 105
WILMINGTON, DE 19806
T: 302.836.3900
F: 302.836.3708

Mark S. Fridkin, Esquire
mfridkin@skpkf.com

May 30, 2008

FAX COVER SHEET

TO:          1-800-PROCESS          Fax No.: 800-236-2092

FROM:    Mark S. Fridkin, Esquire

RE:          Catchings Vs. State of Delaware, et al

DATE:     May 30, 2008

Dear Sir/Madam:

I am faxing a Complaint for service upon the following party:

> Kimberly Haynes
> 449 S. 14th Street
> Harrisburg, PA 17104-1834

Please serve this party as soon as possible (over the weekend, if possible).  If you have any questions, please do not hesitate to call me.

> Very truly yours,
> SCHMIDT, KIRIFIDES, PEARSON, KOUTCHER & FRIDKIN, P.C.

BY:_____
          MARK S. FRIDKIN

MSF:mew

S    K    P    K    F

# SCHMIDT, KIRIFIDES, PEARSON, KOUTCHER & FRIDKIN

A PROFESSIONAL CORPORATION

MARK R. SCHMIDT
VASIL L. KIRIFIDES
ERIC B. PEARSON *
JONATHAN B. KOUTCHER
MARK S. FRIDKIN
LISA M. GRUBB

POST OFFICE BOX 318
44 EAST FRONT STREET
MEDIA, PENNSYLVANIA 19063

T: 610.892.9300
F: 610.892.9333

* ALSO MEMBER OF DE BAR

Reply to: Media

Mark S. Fridkin, Esquire
mfridkin@skpkf.com

SUITE 950
TWO PENN CENTER
1500 JOHN F. KENNEDY BOULEVARD
PHILADELPHIA, PA 19102
T: 215.732.3400
F: 215.732.3401

———

1301 NORTH HARRISON STREET
UNIT 105
WILMINGTON, DE 19806
T: 302.836.3900
F: 302.836.3708

May 30, 2008

## FAX COVER SHEET

TO:          1-800-PROCESS          Fax No.: 800-236-2092

FROM:     Mark S. Fridkin, Esquire

RE:          Catchings Vs. State of Delaware, et al

DATE:      May 30, 2008

Dear Sir/Madam:

I am faxing a Complaint for service upon the following party:

Duquan Haynes
449 S. 14th Street
Harrisburg, PA 17104-1834

Please serve this party as soon as possible (over the weekend, if possible).  If you have any questions, please do not hesitate to call me.

Very truly yours,
SCHMIDT, KIRIFIDES, PEARSON, KOUTCHER & FRIDKIN, P.C.

BY:_____
MARK S. FRIDKIN

MSF:mew

S     K     P     K     F

# SCHMIDT, KIRIFIDES, PEARSON, KOUTCHER & FRIDKIN

| | | |
|---|---|---|
| MARK R. SCHMIDT ** | 1301 NORTH HARRISON STREET | POST OFFICE BOX 318 |
| VASIL L. KIRIFIDES** | UNIT 105 | 44 EAST FRONT STREET |
| ERIC B. PEARSON * | WILMINGTON, DE 19806 | MEDIA, PENNSYLVANIA 19063 |
| JONATHAN B. KOUTCHER ** | T: 302.836.3900 | T: 610.892.9300 |
| MARK S. FRIDKIN** | F: 302.836.3708 | F: 610.892.9333 |
| LISA M. GRUBB** | | |

\* MEMBER OF DE AND PA BAR      Reply to: Wilmington

\*\* MEMBER OF PA BAR ONLY

SUITE 950, TWO PENN CENTER
1500 JOHN F. KENNEDY BOULEVARD
PHILADELPHIA, PA 19102
T: 215.732.3400
F: 215.732.3401

Of Counsel:

Matthew H. Osborne, Esq.
F. Phillip Renzulli, Esq.

**May 30, 2008**

**Via Registered Mail/Return Receipt Requested**
**and U.S. First Class Mail**

Kimberly Haynes
21910   130th Road
Springfield Gardens, NY 11413-1834

      RE:    LC, et al Vs. State of Delaware
             U.S.D.C. - Delaware - Case Number: 07-675

Dear Ms. Haynes:

      Please be advised that this office represents the plaintiffs in their claim for injuries resulting from an incident which occurred on October 28, 2005 with reference to the above-captioned matter. You have been sued in the United States District Court for the District of Delaware in connection the aforementioned incident.

      Enclosed herewith please find photocopies of the Summons and Complaint filed in this action on October 26, 2007. The Summons was issued on October 26, 2007 by the Clerk of the United States District Court for the District of Delaware, and on May 28, 2008, the Summons and a copy of the Complaint were personally served upon the Secretary of State for the State of Delaware in compliance with 10 Del. C. 3112. Such service is effectual for all intents and purposes as if it had been made upon you yourself within the State of Delaware. The Return of Service was filed with the Court on May 30, 2008.

      Please be advised that you have an obligation to answer this Complaint within 20 days after service hereof upon you, exclusive of the day of service or a judgment by default will be entered against you.

             Very truly yours,

             SCHMIDT, KIRIFIDES, PEARSON, KOUTCHER & FRIDKIN, P.C.

      BY: _____
             MATTHEW H. OSBORNE

MHO/mew
Enclosure

S    K    P    K    F

# SCHMIDT, KIRIFIDES, PEARSON, KOUTCHER & FRIDKIN

MARK R. SCHMIDT **
VASIL L. KIRIFIDES**
ERIC B. PEARSON *
JONATHAN B. KOUTCHER **
MARK S. FRIDKIN**
LISA M. GRUBB**

1301 NORTH HARRISON STREET
UNIT 105
WILMINGTON, DE 19806
T: 302.836.3900
F: 302.836.3708

POST OFFICE BOX 318
44 EAST FRONT STREET
MEDIA, PENNSYLVANIA 19063
T: 610.892.9300
F: 610.892.9333

\*    MEMBER OF DE AND PA BAR
\**   MEMBER OF PA BAR ONLY

Reply to: Wilmington

SUITE 950, TWO PENN CENTER
1500 JOHN F. KENNEDY BOULEVARD
PHILADELPHIA, PA 19102
T: 215.732.3400
F: 215.732.3401

Of Counsel:

Matthew H. Osborne, Esq.
F. Phillip Renzulli, Esq.

**May 30, 2008**

**Via Registered Mail/Return Receipt Requested
and U.S. First Class Mail**

Duquan Haynes
449 S. 14th Street
Harrisburg, PA 17104-1834

      RE:      LC, et al Vs. State of Delaware
              U.S.D.C. - Delaware - Case Number: 07-675

Dear Mr. Haynes:

       Please be advised that this office represents the plaintiffs in their claim for injuries resulting from an incident which occurred on October 28, 2005 with reference to the above-captioned matter. You have been sued in the United States District Court for the District of Delaware in connection the aforementioned incident.

       Enclosed herewith please find photocopies of the Summons and Complaint filed in this action on October 26, 2007. The Summons was issued on October 26, 2007 by the Clerk of the United States District Court for the District of Delaware, and on May 28, 2008, the Summons and a copy of the Complaint were personally served upon the Secretary of State for the State of Delaware in compliance with 10 Del. C. 3112. Such service is effectual for all intents and purposes as if it had been made upon you yourself within the State of Delaware. The Return of Service was filed with the Court on May 30, 2008.

       Please be advised that you have an obligation to answer this Complaint within 20 days after service hereof upon you, exclusive of the day of service or a judgment by default will be entered against you.

                            Very truly yours,

                            SCHMIDT, KIRIFIDES, PEARSON, KOUTCHER & FRIDKIN, P.C.

                            BY: _____
                                     MATTHEW H. OSBORNE

MHO/mew
Enclosure

S     K     P     K     F

# SCHMIDT, KIRIFIDES, PEARSON, KOUTCHER & FRIDKIN

MARK R. SCHMIDT **
VASIL L. KIRIFIDES**
ERIC B. PEARSON *
JONATHAN B. KOUTCHER **
MARK S. FRIDKIN**
LISA M. GRUBB**

1301 NORTH HARRISON STREET
UNIT 105
WILMINGTON, DE 19806
T: 302.836.3900
F: 302.836.3708

POST OFFICE BOX 318
44 EAST FRONT STREET
MEDIA, PENNSYLVANIA 19063
T: 610.892.9300
F: 610.892.9333

\*  MEMBER OF DE AND PA BAR
\*\* MEMBER OF PA BAR ONLY

Reply to: Wilmington

SUITE 950, TWO PENN CENTER
1500 JOHN F. KENNEDY BOULEVARD
PHILADELPHIA, PA 19102
T: 215.732.3400
F: 215.732.3401

Of Counsel:

Matthew H. Osborne, Esq.
F. Phillip Renzulli, Esq.

**May 30, 2008**

**Via Registered Mail/Return Receipt Requested
and U.S. First Class Mail**

Kimberly Haynes
449 S. 14th Street
Harrisburg, PA 17104-1834

RE:     LC, et al Vs. State of Delaware
         U.S.D.C. - Delaware - Case Number: 07-675

Dear Ms. Haynes:

Please be advised that this office represents the plaintiffs in their claim for injuries resulting from an incident which occurred on October 28, 2005 with reference to the above-captioned matter. You have been sued in the United States District Court for the District of Delaware in connection the aforementioned incident.

Enclosed herewith please find photocopies of the Summons and Complaint filed in this action on October 26, 2007. The Summons was issued on October 26, 2007 by the Clerk of the United States District Court for the District of Delaware, and on May 28, 2008, the Summons and a copy of the Complaint were personally served upon the Secretary of State for the State of Delaware in compliance with 10 Del. C. 3112. Such service is effectual for all intents and purposes as if it had been made upon you yourself within the State of Delaware. The Return of Service was filed with the Court on May 30, 2008.

Please be advised that you have an obligation to answer this Complaint within 20 days after service hereof upon you, exclusive of the day of service or a judgment by default will be entered against you.

Very truly yours,

SCHMIDT, KIRIFIDES, PEARSON, KOUTCHER & FRIDKIN, P.C.

BY: _____
         MATTHEW H. OSBORNE

MHO/mew
Enclosure

S     K     P     K     F

# SCHMIDT, KIRIFIDES, PEARSON, KOUTCHER & FRIDKIN

A PROFESSIONAL CORPORATION

MARK R. SCHMIDT
VASIL L. KIRIFIDES
ERIC B. PEARSON *
JONATHAN B. KOUTCHER
MARK S. FRIDKIN
LISA M. GRUBB

* ALSO MEMBER OF DE BAR

POST OFFICE BOX 318
44 EAST FRONT STREET
MEDIA, PENNSYLVANIA 19063

T: 610.892.9300
F: 610.892.9333

Reply to: Media

SUITE 950
TWO PENN CENTER
1500 JOHN F. KENNEDY BOULEVARD
PHILADELPHIA, PA 19102
T: 215.732.3400
F: 215.732.3401
——

1301 NORTH HARRISON STREET
UNIT 105
WILMINGTON, DE 19806
T: 302.836.3900
F: 302.836.3708

Mark S. Fridkin, Esquire
mfridkin@skpkf.com

June 2, 2008

FAX COVER SHEET

TO:        JOHN SHINKOWSKY        Fax No.: 800-996-1246

FROM:      Mark S. Fridkin, Esquire

RE:        Catchings Vs. State of Delaware, et al

DATE:      June 2, 2008

Dear John:

I am faxing two Complaints for service upon the following parties:

> Duquan Haynes
> 449 S. 14th Street
> Harrisburg, PA 17104-1834

> Kimberly Haynes
> 449 S. 14th Street
> Harrisburg, PA 17104-1834

This will confirm that you will attempt service of these parties today. If you have any
questions, please do not hesitate to call me.

> Very truly yours,
> SCHMIDT, KIRIFIDES, PEARSON, KOUTCHER & FRIDKIN, P.C.


> BY:_____
>        MARK S. FRIDKIN

MSF:mew

S    K    P    K    F