# CONNOLLY BOVE LODGE & HUTZ LLP

### ATTORNEYS AT LAW

**WILMINGTON, DE**

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

Collins J. Seitz, Jr.
TEL        (302) 888-6278
FAX        (302) 255-4278
EMAIL      cseitz@cblh.com
REPLY TO   Wilmington Office

June 26, 2008

***BY ELECTRONIC FILING***

The Honorable Gregory M. Sleet
United States District Court
  For the District of Delaware
844 North King Street
Wilmington, DE 19801

> Re:   *L.C. 1, a minor, et al. v. State of Delaware, et al.*
> C.A. No. 07-00675-GMS-LPS

Dear Chief Judge Sleet:

    Pursuant to Local Rule 7.1.4, defendant Andrew Lippstone respectfully requests oral argument on his motion to dismiss.

Respectfully,

Collins J. Seitz, Jr.
(Bar No. 2237)
cseitz@cblh.com

CJS,Jr./saj
cc:   Clerk of Court (by Hand Delivery)
     Matthew Hayes Osborne, Esquire (by Electronic Mail)
     William J. Cattie, III, Esquire (by Electronic Mail)
     Kevin J. Connors, Esquire (by Electronic Mail)
     Ralph Durstein, Esquire (by Electronic Mail)
     (619403)