IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.C. 1, et al. | : |
| | : |
| Plaintiffs | : |
| | : |
| v. | Civil Action No. 07-675 GMS-LPS |
| | : |
| STATE OF DELAWARE, et al. | : |
| | : |
| Defendants | : |

**ORDER REGARDING REFERENCE
PURSUANT TO 28 U.S.C. § 636**

At Wilmington this ___23rd___ day of July, 2008, IT IS ORDERED THAT:

1. Magistrate Judge Leonard P. Stark shall regulate and resolve all pretrial matters, including mediation, up to and including the pretrial conference, subject to 28 U.S.C. § 636(b)(1)(B) and any further Order of Court; and

2. All subsequent filings in this action shall be captioned consistently with the caption used for this Order.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

FILED
JUL 2 3 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE