IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| L.C. 1, ET AL., | : | |
| Plaintiffs, | : | |
| v. | : | C.A. No. 07-675-GMS-LPS |
| STATE OF DELAWARE, ET AL., | : | |
| Defendants | : | |

### ORDER

At Wilmington this **25**th day of **July, 2008.**

IT IS ORDERED that a status teleconference has been scheduled for **July 30, 2008 at 4:30 p.m.** with Magistrate Judge Stark. Plaintiffs' counsel shall initiate the teleconference call to 302-573-4573.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE