IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

L.C. 1 et al., :
:
       Plaintiffs, :   Case No.: 07-675 GMS-LPS
:
VS. :   **JURY TRIAL DEMANDED**
:
STATE OF DELAWARE, et al., :
:
       Defendants :

**PLAINTIFFS RESPONSE TO ORDER SETTING TELECONFERENCE**

Plaintiffs, by and through their undersigned counsel, respectfully request that this honorable Court change the date of the teleconference currently scheduled for Wednesday July 30, 2008 at 4:30 p.m. to Wednesday August 6, 2008 at 4:30 p.m. for the following reasons:

1. On Friday July 25, 2008 the Honorable Magistrate Judge Stark Ordered a teleconference to be held on Wednesday July 30, 2008 at 4:30 p.m.

2. Plaintiff's local counsel, Matthew H. Osborne, Esquire, will be sitting for a bar examination in another jurisdiction on July 30, 2008.

3. Plaintiff's Pro Hac Vice counsel, Jeffrey P. Hoyle, Esquire, is on vacation until August 3, 2008.

Wherefore, Plaintiffs respectfully request that this Honorable Court reschedule the teleconference to Wednesday August 6, 2008 at 4:30 p.m. or another time convenient to defense counsel and the Court.

                                              SCHMIDT, KIRIFIDES, PEARSON,
                                              KOUTCHER & FRIDKIN

                                              /s/ Matthew H. Osborne
                                              Matthew H. Osborne, Esq. Bar #4630
                                              1301 N. Harrison Street, Unit 105
                                              Wilmington, DE 198806
                                              (302) 836-3900
                                              Attorneys for Plaintiffs
                                              Dated: July 28, 2008

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on the 28th day of July, 2008, he caused the attached **PLAINTIFFS RESPONSE TO ORDER SETTING TELECONFERENCE** to be filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

**Name and Address of Recipient(s):**

Stephani J. Ballard, Esquire
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801

Collins J. Seitz, Jr., Esquire
Connolly, Bove, Lodge & Hutz, LLP
1007 North Orange Street
PO Box 2207
Wilmington, DE 19899

William J. Cattie, III, Esquire
Rawle & Henderson, LLP
300 Delaware Avenue, Suit 1015
P.O. Box 588
Wilmington, DE 19899-0588

SCHMIDT, KIRIFIDES, PEARSON, KOUTCHER & FRIDKIN

Date: July 28, 2008

By: _Matthew H. Osborne_
Matthew H. Osborne, Esquire
1301 N. Harrison Street, Unit #105
Wilmington, DE 19806
(302) 836-3900
I.D. No.: 4630
osbornelaw@verizon.net