IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| L.C. 1, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civ. No. 07-675-GMS-LPS |
| | : | |
| State of DELAWARE, et al., | : | |
| | : | |
| Defendants. | : | |

### ORDER

At Wilmington this **28th** day of **July, 2008**:

IT IS ORDERED that the status teleconference scheduled for **July 30th, 2008 at 4:30 p.m.** before Magistrate Judge Leonard P. Stark is hereby **CANCELED** and rescheduled for **August 15th, 2008 at 10:00 am**.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order.

_____
UNITED STATES MAGISTRATE JUDGE