# SCHMIDT, KIRIFIDES, PEARSON, KOUTCHER & FRIDKIN

MARK R. SCHMIDT **
VASIL L. KIRIFIDES**
ERIC B. PEARSON *
JONATHAN B. KOUTCHER **
MARK S. FRIDKIN**
LISA M. GRUBB**

\* MEMBER OF DE AND PA BAR
\*\* MEMBER OF PA BAR ONLY

1301 NORTH HARRISON STREET
UNIT 105
WILMINGTON, DE 19806
T: 302.836.3900
F: 302.836.3708

Reply to: Wilmington

POST OFFICE BOX 318
44 EAST FRONT STREET
MEDIA, PENNSYLVANIA 19063
T: 610.892.9300
F: 610.892.9333

SUITE 950, TWO PENN CENTER
1500 JOHN F. KENNEDY BOULEVARD
PHILADELPHIA, PA 19102
T: 215.732.3400
F: 215.732.3401

Of Counsel:

Matthew H. Osborne, Esq.
F. Phillip Renzulli, Esq.

August 22, 2008

The Honorable Leonard P. Stark
United States District Court
 for the District of Delaware
844 North King Street
Lockbox 26, Room 2325
Wilmington, DE 19801

RE:   L.C. 1, a minor, et al. v. State of Delaware, et al.
      C.A. No: 07-00675

Dear Magistrate Judge Stark:

I am writing this letter in response to the request that Your Honor made at the time of the telephone conference call held with all counsel and the Court on Monday, August 11, 2008. Unfortunately, after conferring with all counsel, I must advise that there is not unanimous consent to the submission of this case to Your Honor for resolution pursuant to LR 73.1.

Please advise if Your Honor will continue to oversee this case pursuant to Judge Sleet's Order of July 23, 2008, under 28 U.S.C. §636(b)(1)(B) and LR 72.1. No one has expressed an objection to that process.

Very truly yours,

Matthew Osborne

JPH/dc
cc:   George T. Lees, III, Esquire
      Collins J. Seitz, Jr., Esquire
      Kevin J. Connors, Esquire
      Ralph Durstein, Esquire
      Kimberly Haynes
      Duquan Haynes