IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.C. 1, ET AL., | : |
| Plaintiffs, | : |
| v. | : C.A. No. 07-675-GMS-LPS |
| STATE OF DELAWARE, ET AL., | : |
| Defendants | : |

### ORDER

At Wilmington this **25**[th] day of **August, 2008.**

IT IS ORDERED that oral argument on defendants' motions to dismiss (D.I. 13 & 29) is hereby scheduled for **October 24, 2008 at 10:00 a.m.** in courtroom 2A before the Honorable Leonard P. Stark.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Leonard P. Stark
UNITED STATES MAGISTRATE JUDGE