## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.C. 1, a minor, et al., | ) |
| Plaintiffs | ) ) ) |
| v. | ) )   C.A. No. 07-675-GMS |
| STATE OF DELAWARE, et al. | ) ) ) |
| Defendants. | ) |

## **WITHDRAWAL OF APPEARANCE**

Please withdraw the appearance of undersigned counsel on behalf of State of Delaware; Delaware Department of Services for Children, Youth and their Families; Delaware Division of Family Services; and Marcia Tremper in the above captioned matter.  Ralph K. Durstein III shall remain attorney of record.

/s/ James J. Maxwell
James J. Maxwell, ID #2892
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302)577-8400

Dated: September 4, 2008